## CERTIFICATE OF SERVICE

I, William M. Kelleher, certify that I have this day served a true and correct copy of the below described pleading or motion upon opposing counsel and the Prothonotary at the addresses listed below:

| | |
|---|---|
| Pleading or Motion served: | Notice of Removal |
| Opposing Counsel: | Kathleen M. Miller<br>Robert K. Beste, III, Esquire<br>**Smith, Katzenstein & Furlow LLP**<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 (Courier 19801) |
| Mode of Service: | Via first class mail |
| Prothonotary: | Prothonotary – New Castle County<br>New Castle Courthouse<br>New Castle, Delaware |
| Mode of Service: | Via electronic filing |

_____
William M. Kelleher
(3961)

Dated: 24 June 05