FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 24 AM 11: 01

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 - 4 2 8 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF _____/_____ COPIES OF AO FORM 85.

6/24/05
(Date forms issued)

_____
(Signature of Party or their Representative)

Shaun Long
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action