

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Roger D. Anderson

Joelle E. Polesky

Robert K. Beste

Etta R. Wolfe

October 13, 2005

***Via E-file and Hand Delivery***

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**Re:**    *Layne Drexler v. Harleysville Insurance*
           **C.A. 05-0428 JJF**

Dear Judge Farnan:

Pursuant to the Court's request, enclosed please find a proposed scheduling order in the above referenced case, which the parties have agreed to. I will gladly make myself available if the Court has any questions or concerns.

Respectfully,

Robert K. Beste, III (ID No. 3931)

RKB/vkm

Enclosure

cc: Clerk of Court (via e-file w/ enc.)
    William Kelleher, Esquire (via e-file w/ enc.)
    John C. Grugan, Esquire (via first class mail w/ enc.)

10007613.WPD