IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 05-428 (JJF) |
| v. | ) |
| | ) |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on the 24th day of October, 2005, copies of Plaintiff's Rule 26 Initial Disclosures were caused to be served via first class mail on the following:

William M. Kelleher
Ballard Spahr Andrews & Ingersoll LP
919 N. Market Street, 12th Floor
Wilmington, DE 198001-3034

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Robert K. Beste
_____
Kathleen M. Miller (ID No. 2898)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: rkb@skfdelaware.com
Attorneys for Plaintiff Layne Drexel

October 24, 2005

10007888.WPD