## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:05-cv-428 JJF |
| v. : | |
| : | |
| HARLEYSVILLE INSURANCE CO., : | |
| : | |
| Defendant. : | |
| : | |

## NOTICE OF SERVICE OF
## DEFENDANT HARLEYSVILLE MUTUAL INSURANCE COMPANY

PLEASE TAKE NOTICE that on October 25, 2005, I, William M. Kelleher, caused to be served true and correct copies of Initial Disclosures of Defendant Harleysville Mutual Insurance Company, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

Kathleen M. Miller
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899 (Courier 19801)
***VIA FIRST CLASS MAIL***

|  |  |
|---|---|
|  | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| Dated: October 25, 2005 | /s/ William M. Kelleher |
|  | William M. Kelleher, Esquire (No. 3961) |
|  | 919 Market Street, 12th Floor |
|  | Wilmington, DE 19801-3034 |
|  | Phone: (302) 252-4465 |
|  | Facsimile: (302) 252-4466 |
|  | E-mail: kelleherw@ballardspahr.com |
|  |  |
|  | Counsel for the Defendant |

DE_DOCS_A #5848 v1