IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARLEYSVILLE INSURANCE COMPANY,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§　　C.A. Number: 05-428 (JJF)<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of John C. Grugan of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent the Defendants.

Dated: October 27, 2005

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

_/s/ William M. Kelleher_
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendants

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

By: _____
John C. Grugan, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 864-8226
Facsimile: (215) 864-9506
E-mail: gruganj@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____     _____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, William M. Kelleher, do hereby certify that on October 27, 2005, I caused to be served the attached Motion and Order for Admission Pro Hac Vice upon the following counsel *via* first class mail:

Kathleen M. Miller
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899 (Courier 19801)

William M. Kelleher, Esq. (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone:  (302) 252-4465
Facsimile: (302) 252-4466

Attorney for Defendants