IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | C.A. No. 05-428 (JJF) |
| v. ) | |
| ) | |
| HARLEYSVILLE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January, 2006, copies of Plaintiff's First Set of Interrogatories Directed to Defendant and Plaintiff's First Request for Production of Documents Directed to Defendant were caused to be served via first class mail on the following:

    William M. Kelleher
    Ballard Spahr Andrews & Ingersoll LP
    919 N. Market Street, 12th Floor
    Wilmington, DE 19801-3034

    SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Robert K. Beste
    Kathleen M. Miller (ID No. 2898)
    Robert K. Beste, III (ID No. 3931)
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Telephone: 302-652-8400
    Telecopy: 302-652-8405
    Email: rkb@skfdelaware.com
    Attorneys for Plaintiff Layne Drexel

January 27, 2006

10010672.WPD