IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, : <br> : <br> Plaintiff, : <br> : Civil Action No. 1:05-cv-428 JJF <br> v. : <br> : <br> HARLEYSVILLE INSURANCE CO., : <br> : <br> Defendant. : <br> : | |

**NOTICE OF SERVICE OF**
**DEFENDANT HARLEYSVILLE MUTUAL INSURANCE COMPANY**

PLEASE TAKE NOTICE that on March 7, 2006, I, William M. Kelleher, caused to be served true and correct copies of the following documents: (i) First Request for Production of Documents Addressed to Plaintiff; and (ii) First Set of Interrogatories of Defendant Harleysville Mutual Insurance Company, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

Kathleen M. Miller, Esquire
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
***VIA FIRST CLASS MAIL***

Dated: March 7, 2006

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant