IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | C.A. Number: 05-428 (JJF) |
| HARLEYSVILLE INSURANCE COMPANY, | | JURY TRIAL DEMANDED |
| Defendant. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Brooke J. Hertzer of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103-7599 to represent the Defendant.

Dated: March 8, 2006

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

_____
William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant