## CERTIFICATE OF SERVICE

I, William M. Kelleher, do hereby certify that on March 8, 2006, I caused to be served the attached Motion and Order for Admission Pro Hac Vice upon the following counsel *via* first class mail:

Kathleen M. Miller, Esquire
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899 (Courier 19801)

William M. Kelleher, Esq. (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone:  (302) 252-4465
Facsimile: (302) 252-4466

Attorney for Defendant