IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARLEYSVILLE INSURANCE CO.,<br><br>　　　　Defendant. | :<br>:<br>:<br>:   Civil Action No. 1:05-cv-428 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF
## DEFENDANT HARLEYSVILLE MUTUAL INSURANCE COMPANY

　　PLEASE TAKE NOTICE that on March 16, 2006, I, William M. Kelleher, caused to be served true and correct copies of the following documents: (i) Defendant's Responses to Plaintiff's First Request for Production of Documents; and (ii) Defendant's Responses to Plaintiff's First Set of Interrogatories, upon the following counsel of record in the manner indicated:

Kathleen M. Miller, Esquire
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899 (Courier 19801)
***VIA FIRST CLASS MAIL***

Dated: March 17, 2006

　　　　　　　　　　　　　　　　　　BALLARD SPAHR ANDREWS
　　　　　　　　　　　　　　　　　　& INGERSOLL, LLP

　　　　　　　　　　　　　　　　　　/s/ William M. Kelleher
　　　　　　　　　　　　　　　　　　William M. Kelleher, Esquire (No. 3961)
　　　　　　　　　　　　　　　　　　919 Market Street, 12th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-3034
　　　　　　　　　　　　　　　　　　Phone: (302) 252-4465
　　　　　　　　　　　　　　　　　　Facsimile: (302) 252-4466
　　　　　　　　　　　　　　　　　　E-mail: kelleherw@ballardspahr.com

　　　　　　　　　　　　　　　　　　Counsel for the Defendant