## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire, certify that on this 17th day of March, 2006, I caused a

true and correct copy of the foregoing Notice of Service, to be served upon the following counsel

of record in the manner indicated:

Kathleen M. Miller, Esquire
Robert K. Beste, III, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
***VIA FIRST CLASS MAIL***

Dated: March 17, 2006

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

/s/ William M. Kelleher
William M. Kelleher, Esquire (No. 3961)