**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   C.A. No. 05-428 (JJF) |
| v. | ) |
| | ) |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2006, copies of Plaintiff's Responses to Defendant's First Request for Production of Documents and Plaintiff's Answers to Defendant's First Set of Interrogatories were caused to be served via first class mail on the following:

| | |
|---|---|
| William M. Kelleher | John C. Grugan |
| Ballard Spahr Andrews & Ingersoll LLP | Ballard Spahr Andrews & Ingersoll LLP |
| 919 N. Market Street, 12th Floor | 1735 Market Street, 51st Floor |
| Wilmington, DE 19801-3034 | Philadelphia, PA 19103-7599 |

SMITH, KATZENSTEIN & FURLOW LLP

　　　/s/ Robert K. Beste　　　
Kathleen M. Miller (ID No. 2898)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: rkb@skfdelaware.com
Attorneys for Plaintiff Layne Drexel

May 11, 2006

10013888.WPD