

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

June 26, 2006

*Via E-file*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Layne Drexel v. Harleysville Insurance*
      C.A. 05-0428 JJF

Dear Judge Farnan:

Pursuant to the Court's request, enclosed please find a proposed scheduling order in the above referenced case, which the parties have agreed to. I will gladly make myself available if the Court has any questions or concerns.

Respectfully submitted,

Robert K. Beste, III (ID No. 3931)

RKB/vkm

Enclosure

cc:   Clerk of Court (via e-file w/ enc.)
      William Kelleher, Esquire (via e-file w/ enc.)
      John C. Grugan, Esquire (via electronic mail w/ enc.)

1015352.WPD