IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 05-428 (JJF) |
| | ) | |
| HARLEYSVILLE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF APPEARANCE OF COUNSEL

William M. Kelleher, Esq. and John C. Grugan, Esq. hereby withdraw their appearance as attorneys for defendant, Harleysville Insurance Company.

Please enter the appearance of Stephen P. Casarino, Esquire as attorney for defendant, Harleysville Insurance Company.

Ballard Spahr Andrews & Ingersoll, LLP

_____
William M. Kelleher, Esq., I.D. No. 3961
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034

Casarino, Christman & Shalk, P.A.

_____
Stephen P. Casarino, Esq., I.D. No. 174
Casarino, Christman & Shalk, P.A
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Harleysville Insurance Company

Date: September 21, 2006

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have efiled at 800 North King Street, Suite 200, Wilmington, Delaware on this 22nd day of September, 2006 a true and correct of Substitution of Appearance of Counsel addressed to:

James A. Erisman, Esquire
The Erisman Law Firm, LLC
1224 King Street
Wilmington, DE 19801

William M. Kelleher, Esquire
John C. Grugan, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant