IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 05-428 (JJF) |
| ) | |
| HARLEYSVILLE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RECORDS DEPOSITION

TO:   Robert K. Beste, III, Esq.
      Smith Katzenstein & Furlow LLP
      800 Delaware Avenue, 7th Floor
      P.O. Box 410
      Wilmington, DE 19899

   PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of the below listed individuals at the offices of CASARINO, CHRISTMAN & SHALK, 800 N. King Street, Suite 200 Wilmington, Delaware on November 8, 2006 at 2:00 p.m.:

   Records Custodian*
   Wilmington Savings Fund Society
   838 Market Street
   Wilmington, Delaware  19899

                                    STEPHEN P. CASARINO, ESQUIRE
                                    CASARINO, CHRISTMAN & SHALK
                                    800 N. King Street, Suite 200
                                    P.O. Box 1276
                                    Wilmington, DE  19899
                                    Attorney for Defendant

DATE:  October 23, 2006

cc:   Records Custodian
      Wilmington Savings Fund Society

**\*DUCES TECUM**: to produce for inspection and copying check receipts of Wayne L. Drexel, 1910 Old Capitol Trial, Newark, DE, 19711, account no. 206196 131 the following documents: (1) copies of all cancelled checks dated June 1, 2004 through and including August 1, 2004; (2) copies of all cancelled checks numbered 4300 through 4365 and; (3) copies of check account statements for May, June, July, August and September 2004

NOTE:   Your appearance is waived if the records are received in the offices of CASARINO, CHRISTMAN & SHALK by the date of the deposition.

## CERTIFICATE OF SERVICE

I, STEPHEN P. CASARINO, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 23rd day of October, 2006, a true and correct copy of the attached Notice of Records Deposition to:

Robert K. Beste, III, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

STEPHEN P. CASARINO, ESQUIRE
CASARINO, CHRISTMAN & SHALK
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant