**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 05-428 (JJF) |
| v. | ) |
| | ) |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of April, 2007, copies of Plaintiff's Second Request for Production of Documents Directed to Defendant were caused to be served via hand delivery on the following:

>Stephen P. Casarino, Esquire
>Casarino, Christman & Shalk, PA
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899

>SMITH, KATZENSTEIN & FURLOW LLP

>    /s/ Robert K. Beste
>Kathleen M. Miller (ID No. 2898)
>Robert K. Beste, III (ID No. 3931)
>800 Delaware Avenue, 10th Floor
>P.O. Box 410
>Wilmington, DE 19899 (Courier 19801)
>Telephone: 302-652-8400
>Telecopy: 302-652-8405
>Email: rkb@skfdelaware.com
>Attorneys for Plaintiff Layne Drexel

April 12, 2007

04343|NOS|10024427.WPD