**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    C.A. No. 05-428 (JJF) |
|     v. | ) |
| | ) |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
|     Defendant. | ) |

### *Local Rule 7.1.1 Statement*

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, counsel for plaintiff hereby certifies that he made reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the motion. The specifics of those efforts are detailed in plaintiff's Motion to Compel.

                                      SMITH, KATZENSTEIN & FURLOW LLP

                                      /s/ *Robert K. Beste*
                                    Robert K. Beste, III (ID No. 3931)
                                    800 Delaware Avenue, 10th Floor
                                    Post Office Box 410
                                    Wilmington, Delaware 19899 (Courier 19801)
                                    Telephone:    (302) 652-8400
                                    Telecopy:     (302) 652-8405
                                    Email:          rkb@skfdelaware.com

April 16, 2007                   *Attorneys for plaintiff*