## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | C.A. No. 05-428 (JJF) |
| v. | ) | |
| | ) | |
| HARLEYSVILLE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO AMEND THE SCHEDULING ORDER

The parties to the above referenced action hereby stipulate and agree, subject to the Court's approval, that the discovery deadline in this matter should be extended until June 30, 2007.


  /s/ *Stephen P. Casarino*                           /s/ *Robert K. Beste*
Stephen P. Casarino, Esquire (ID No. 174)   Robert K. Beste (ID No. 3931)
Casarino, Christman & Shalk, PA              Smith, Katzenstein & Furlow LLP
800 North King Street, Suite 200              800 Delaware Avenue, 10th Floor
P.O. Box 1276                                          P.O. Box 410
Wilmington, DE 19899                             Wilmington, DE 19899


_____          _____
DATE                                             UNITED STATES DISTRICT JUDGE

04343|STIP|10024384.WPD