

**Smith
Katzenstein
Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

May 2, 2007

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

*By Electronic Filing & Hand Delivery*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:     *Layne Drexel v. Harleysville Insurance*
        **C.A. 05-0428 JJF**

Dear Judge Farnan:

Plaintiff in the above referenced action, Layne Drexel, filed a motion to compel discovery on April 16, 2007 (D.I. 26). The parties, however, are working to resolve the various issues addressed in that motion without the Court's intervention. As such, plaintiff withdraws the motion to compel.

Counsel are available if the Court has any questions or concerns.

Respectfully,

/s/ Robert K. Beste

Robert K. Beste, III (ID No. 3931)

RKB/vkm

Enclosure

cc:     Clerk of Court (by electronic filing)
        Steven P. Casarino, Esquire (by electronic filing)

04343|PLDG|10025141.WPD