**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-428 (JJF) |
| v. | ) |
| | ) Jury of 12 Demanded |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VACATION OF DEPOSITION**

TO:  Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, PA
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the Rule 30(b)(6) deposition notice of Harleysville (D.I. 28) is hereby vacated and withdrawn.

SMITH, KATZENSTEIN & FURLOW LLP

  /s/ Robert K. Beste
Kathleen M. Miller (ID No. 2898)
Robert K. Beste, III (ID No. 3931)
800 Delaware Avenue, Suite 1000
Post Office Box 410
Wilmington, Delaware 19899
Telephone:   (302) 652-8400
Facsimile:   (302) 652-8405
Email:   rkb@skfdelaware.com

*Attorneys for plaintiff*

May 2, 2007