**CERTIFICATE OF SERVICE**

    I, Stephen P. Casarino, Esq., hereby certify that I have mailed from 800 North King Street, Suite 200, Wilmington, DE 19801, on this 15th day of May, 2007, a two true and correct copies of Defendant's Response to Motion for Sanctions addressed to:

    Robert K. Beste, III, Esquire
    Smith, Katzenstein & Furlow
    800 Delaware Avenue, 7th Floor
    P.O. Box 410
    Wilmington, DE 19899

    CASARINO, CHRISTMAN & SHALK

    /s/ Stephen P. Casarino
    STEPHEN P. CASARINO, ESQ
    I.D. No. 174
    800 N. King Street, Suite 200
    Wilmington, DE 19899-1276
    (302) 594-4500
    Attorney for the Defendant Harleysville