# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-428 (JJF) |
| v. | : |
| | : Jury Trial Demanded |
| HARLEYSVILLE INSURANCE CO., | : |
| | : |
| Defendant. | : |

### *Plaintiff's Motion for Summary Judgment*

Plaintiff, Layne Drexel, moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56, with respect to counts I (breach of contract) and IV (attorneys' fees) of the complaint. The grounds for the motion are that no material facts are in dispute and that Layne Drexel is entitled to judgment as a matter of law under the plain language of defendant's insurance policy. Alternatively, Layne Drexel is entitled to judgment as a matter of law under the principle of *contra proferentem*. If the Court grants summary judgment on either ground, Layne Drexel also is entitled to attorneys' fees as a matter of law. Plaintiff's Opening Brief supporting this motion explains the grounds for the motion in greater detail.

    SMITH, KATZENSTEIN & FURLOW LLP

      */s/ Robert K. Beste*
    Kathleen M. Miller (ID No. 2898)
    Robert K. Beste, III (ID No. 3931)
    Post Office Box 410
    Wilmington, Delaware 19899
    Telephone:  (302) 652-8400
    Facsimile:  (302) 652-8405
    Email:  rkb@skfdelaware.com

May 17, 2007    *Attorneys for plaintiff*