# EXHIBIT G

```
03/30/05                    COMMERCIAL LINES USER REMARKS
DEL/                                MPA-812988                      RP95097 RM9509
IND                          * MORE PROCESSING REMARKS *
         08/16/04  10:32:17    ASAB ABLAIR                          TOTAL NUM 004
   AGENT PAULA REQUESTING EXPLANATION ON CANCELLATION.  ADV. POLICY FLAT CANC
ELLED 6/8/04 FOR NON-PAY ON THE RENEWAL.  ADV. RENEWAL PROCESSED 3/26/04 W/
INVOICE.  NO MONIES REC'D AND ON 6/14/04 SENT NP INVOICE FOR $283.80 DUE 6/
30/04.  NO MONIES REC'D AND POLICY CANCELLED FLAT.  AGENT PAULA ASKING ABOU
T PMT. REC'D ON 7/14/04 FOR $283.80.  ADV. PMT. LATE AND MONIES WERE PROCES
SED AS A REFUND.



                    * LAST UNDERWRITING REMARKS *       TOTAL NUM 000




                         *** NO UNDERWRITING REMARKS ***
PF1=HELP   PF3/8=EXIT   PF6=ENTRY   PF7=GOBACK   PF9/10=SCRL PROC PF19/20=SCRL UND
```

DR 0200

Message

## Clodfelter, Sherry

**From:** Staton, Amber
**Sent:** Tuesday, August 17, 2004 8:10 AM
**To:** Clodfelter, Sherry
**Subject:** RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

You're welcome.

I read some of the comments in the adjuster notes. The insured wanted to know why it took so long to determine no coverage? I may know why (I use to work in Customer Support in Home Office). The non-pay issued on 6/14/04 asking for $283.80 due before the canc date of 6/30/04. The claim was coverage verified on 6/23/04 by claims entry which at the time was in non-pay. We did not receive payment of $283.80 until 7/14/04. The policy confirmed cancellation on 7/6/04 effective for 6/30/04. The payment of $283.80 was refunded back to the insured.

Only the underwriting has the authority to reinstate (not customer support).

Hope that helps.

-----Original Message-----
From: Clodfelter, Sherry
Sent: Tuesday, August 17, 2004 9:04 AM
To: Staton, Amber
Subject: RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

yes, thanks

-----Original Message-----
From: Staton, Amber
Sent: Tuesday, August 17, 2004 7:21 AM
To: Clodfelter, Sherry
Subject: FW: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

Sherry,

Do you want me to put the claim into No Coverage?

Amber

-----Original Message-----
From: Riddle, Danny
Sent: Friday, August 13, 2004 2:28 PM
To: Staton, Amber
Subject: RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

You're welcome.  Thanks for catching this before we sent out money we may not owe.

-----Original Message-----
From: Staton, Amber
Sent: Friday, August 13, 2004 1:27 PM
To: Riddle, Danny
Subject: RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

DR 0209