# EXHIBIT H

```
06/18/04             DIRECT BILL - ACCOUNT/PAYMENT INFO        RP93510  RM93510
     ACCOUNT MPA812988    HMIC
     AGENCY 073641                           PREM DUE    5226.00
     POL TERMS   5              DRE          PAID        5226.00
     FEES OWED   0.00                        BALANCE        0.00
     COLLECTED   0.00                        PAST DUE       0.00
                                             MIN/CYCLE      0.00
     NONPAY COUNT   2
   PAYMENTS                              FEE      REFUND       NSF/REV
   NO   TYPE        DATE        AMT      AMT       AMT          DATE
    7   PAYMENT    07/14/04     283.80            283.80
    6   PAYMENT    07/10/03    1175.00
    5   PAYMENT    06/07/02    1376.00
    4   PAYMENT    05/15/01    1344.00
    3   PAYMENT    07/17/00    1331.00
    2   PAYMENT    10/12/99    1275.00
    1   PAYMENT    08/17/99     320.00


PF1=HELP   PF3=EXIT   PF6=PURGE   PF11=NM/ADDR   PF14=AUDIT
```

*CNP*

MPA 812 988
Layne Drexel

Agt Marc good  302-221-5006

Sherrie  888-549-9876
                     X1892

$50,000 - property loss
BI?

DR0563

08/16/04                    DIRECT BILL    AUDIT TRAIL              RI93550 RM93550
ACCOUNT MPA812988                                                  Page 3 of 3

| POLICY NO | EXP DATE | DATE | TYPE | AMT | DATE |
|---|---|---|---|---|---|
| MPA812988 | 0605 | 07/06/04 | C554-3 | | |
| MPA812988 | 0605 | 07/06/04 | CANCELLATION | 1394.00- | |
| MPA812988 | 0605 | 07/06/04 | MAILING DATE | | 07/07/04 |
| MPA812988 | 0605 | 07/06/04 | CONF NP/EXP | | 06/08/04 |
| MPA812988 | 0605 | 06/14/04 | MAILING DATE | | 06/15/04 |
| MPA812988 | 0605 | 06/14/04 | C550 EXP. | 283.80 | 06/30/04 |
| MPA812988 | 0605 | 03/26/04 | INVOICE | 1394.00 | 06/08/04 |
| MPA812988 | 0605 | 03/26/04 | RENEWAL | 1394.00 | |
| MPA812988 | 0604 | 07/10/03 | PAYMENT | 1175.00 | |
| MPA812988 | 0604 | 06/11/03 | INVOICE | 1175.00 | 07/08/03 |
| MPA812988 | 0604 | 06/11/03 | RENEWAL | 1175.00 | |
| MPA812988 | 0603 | 06/07/02 | PAYMENT | 1376.00 | |
| MPA812988 | 0603 | 03/14/02 | INVOICE | 1376.00 | 06/08/02 |
| MPA812988 | 0603 | 03/14/02 | RENEWAL | 1376.00 | |
| MPA812988 | 0602 | 05/15/01 | PAYMENT | 1344.00 | |
| MPA812988 | 0602 | 03/27/01 | INVOICE | 1344.00 | 06/08/01 |
| MPA812988 | 0602 | 03/27/01 | RENEWAL | 1344.00 | |
| MPA812988 | 0601 | 07/17/00 | PAYMENT | 1331.00 | |

PF1=HELP   PF3=EXIT   PF9=PREV   PF10=NEXT

DR0564