# EXHIBIT I

```
03-30-2005            ADJUSTER REMARKS FOR CLAIM S0-530739              RP9C213
CLAIM NO.         DATE     SEQ    TIME       USERID      OPID    CAT. PAGE   1

S0-530739-000   06-22-2004  01   10:50:51   KSLONAKE    T006    CON
INSURED CONTACT COMPLETED
REPORTED BY MR INSURED
HE IS ON VACATION AND GOT A CALL FROM THE FIRE MARSHALL THAT THE LIQUOR
 STORE IN THE SAME BUILDING FREEZER CAUGHT FIRE CAUSING SMOKE DAMAGE
 TO INSURED'S APT.
YOU CAN REACH INSURED AT THE VAC #

S0-530739-000   06-22-2004  02   12:46:50   JDUNCAN     SOJD    SUP
SHERRY;WILL NEED TO ASSIGN I/A FOR INSPECTIOIN OF DAMAGES..NEED TO DETERMIN
E EXACT CAUSE OF THE FIRE FOR SUBRO PURPOSES..CHEK COV FOR BLDG AND USPP AN
D ANY OTHER COV WHICH MIGHT APPLY..ORDER F/R CONTACT THE INSD AND DIUSSSS

S0-530739-000   06-22-2004  03   17:20:01   SCLODFEL    SOSC    GEN
CALLED INSURED HE IS ON VACATION, THE WILMINGTON FIRE MARSHAL CALLED TO TEL
L HIM THE LIQUOR STORE CAUGHT FIRE.  THE INSURED DID NOT GET THE NAME OF
THE FIRE MARSHAL NOR DOES HE HAVE ANY INFO OTHER THEN THERE IS NO APPARENT
DMG. TO THE FLOOR JOIST AND THE ADJOINING APT. HAS SMOKE DMG.
.
THE LIQUOR STORE OWNER IS A MR. PETAL 302-654-3977, TONY'S LIQUOR.  I HAVE
TRIED TO CALL THIS NUMBER AND THERE IS NO ANSWER.  I WILL ATTEMPT TOMORROW.
.
ASSIGNING TO TOWER INS. SERVICES FOR INSPECTION.  302-656-4657

S0-530739-000   06-22-2004  04   23:52:41   JSULLIV     SOJS    ACK
AUTO ACK LETTER SENT TO INSURED

S0-530739-000   06-23-2004  01   11:03:44   SCLODFEL    SOSC    DIS
PROPERTY ASSIGNMENT FOR SE    ADJUSTER ND
ASSIGNED TO 302-530-1881-TOWER      FOR APPRAISAL ONLY

S0-530739-000   06-23-2004  02   11:06:26   SCLODFEL    SOSC    MRB
FIRE             - RPT ORDERED FOR SE

S0-530739-000   06-23-2004  03   11:45:35   SCLODFEL    SOSC    COV
C-1172
LOC. 1740 W 4TH STREET, WILIMINGTON, DE
BLDG. $225,000 RC 100% COINSURANCE
$1000 DED.
CP0010 AND CP1030
BINT: $24,000
CP0030
MORTGAGEE:  OCWEN FEDERAL BANK
PRIOR CLAIMS: NONE FOUND
HANDLING:
ASSIGNED TO TOWER FOR INSPECTION
DETERMINE IF C&O NEEDED
DETERMINE CAUSE FOR POSSIBLE SUBRO
REQUEST FIRE REPORT
RESOLVE AND CONCLUDE

S0-530739-000   06-23-2004  04   13:52:06   SCLODFEL    SOSC    GEN
S/W GEORGE POWELL WHO WAS ABLE TO GAIN ENTRY TO THE LIQUOR STORE BY MR.
PATEL, OWNER OF THE STORE.  GEORGE STATES THE FIRE NOT BAD BUT A LOT OF
SMOKE DMG. IN THE APT. ABOVE AND TENANTS HAVE MOVED OUT DUE TO THE HEAVY
```

```
03-30-2005            ADJUSTER REMARKS FOR CLAIM S0-530739                RP9C213
   CLAIM NO.        DATE      SEQ    TIME       USERID    OPID    CAT. PAGE   2
SMOKE. GEORGE IS GOING BACK TOMORROW BUT ADVISED C&O NEEDED. I HAVE
MADE CONTACT WITH GARY HAUN'S OFFICE AND GAVE CLAIM INFO TO CATHERINE BY
PHONE.
.
S0-530739-000    07-07-2004    01    17:42:08    SCLODFEL    SOSC    GEN
IA REPORT AND ACKNOWLEDGMENT REC'D - IA INITIAL SCOPE $45,000. I/A IS IN
PROCESS OF DETERMINING WHAT IMPROVEMENT'S AND BETTERMENTS AS PART OF THE
LIQUOR STORE ARE AND WHAT IS THE BLDG. PORTION.
.
REQUESTING AUTH. TO INCREASE RESERVE TO $45,000 ON THE BLDG.

S0-530739-000    07-08-2004    01    08:26:28    DRIDDLE     SODR    SUP
INCREASED RESERVE TO 45,000 PER I/A INFO.

S0-530739-000    08-09-2004    01    10:55:59    DRIDDLE     SODR    SUP
HAS BEEN A MONTH SINCE LAST CONTACT WITH I/A OR C&O. F/U WITH BOTH FOR STA
TUS AND UPDATE ADJUSTER REMARKS.

S0-530739-000    08-10-2004    01    10:59:31    SCLODFEL    SOSC    GEN
IA REPORT REC'D AND REVIEWED. IT WAS ORIGINALLY THOUGHT THE A STORE FRONT
SIGN/LIGHT BUT IA STATES THE FIRE ORIGINATED IN AN ELECTRICAL OUTLET BOX.
NO RECENT ELECTRICAL WORK HAS BEEN DONE.
.
THE DELAY IN GETTING AGREED COST IS THE INSURED'S SELECTED CONTRACTOR SENT
THE IA A SCOPE ONLY ESTIMATE. IT WASN'T UNTIL JULY 27TH THE IA WAS ABLE TO
GET THE PRICING FROM THE INSURED'S CONTRACTOR. THE IA AND INSURED'S CONTRA
CTOR'S EST. ABOUT $8K OFF. THE IA HAS SUBMITTED ESTIMATE TO THE INSURED'S
CONTRACTOR FOR REVIEW AND THERE HAS BEEN NO RESPONSE AT THIS TIME. THE
TENANT IS BEING REPRESENTED BY A PUBLIC ADJ. THE LEASE AGREEMENT SPECIFICA
LLY STATES THE TENANT BE RESPONSIBLE FOR THE SHELVING AND COOLERS.
.
I HAVE PLACED A CALL TO THE C&O AND THEY MAILED THEIR REPORT YESTERDAY
.
WAITING ON IA TO REACH AGREED COST FOR THE REPAIRS
OPENING BINT FOR LOSS OF RENTS.

S0-530739-000    08-13-2004    01    11:15:29    SCLODFEL    SOSC    GEN
IA REPORT REC'D WITH A REVISED ESTIMATE. I CALLED THE IA TO SEE IF THE
REVISED EST. HE WROTE WAS AGREED UPON AS THE REPORT INDICATED HE WAS STILL
WORKING TO GET THIS IA TO AGREE ON HIS ESTIMATE. THE IA CONFIRMED HE HAD
GOTTEN THIS AGREED. I HAVE REQUESTED THE TAX NUMBER FOR THE CONTRACTOR BE
ADDED. REQUESTING AUTH. TO PAY THE INSURED AND HIS CONTRACTOR ACV.
.
C&O REPORT REC'D IT WAS FIRST THOUGHT THE FIRE OCCURRED AT A NEON SIGN. THE
C&O CONCLUSION IS THERE WAS HEAT STRESS BEHIND THE PEPSI MACHINE AND ICE
COOLER. VIEW OF THE DOMICILE WIRING REVIEWED NO DMG.
.
CALLED IA AGAIN TO SEE IF BLDG. VALUATION WAS DONE, HE HAS INFO AND WILL
FAX TO US. HE TOLD ME THE INSURED WAS INSURED TO VALUE
.
S0-530739-000    08-13-2004    02    11:31:42    SCLODFEL    SOSC    GEN
REQUESTING PAYMENT AS FOLLOWS:
.
RC       $49,877.20
DEP.      10,762.56
```

DR 0204

```
03-30-2005          ADJUSTER REMARKS FOR CLAIM S0-530739              RP9C213
 CLAIM NO.      DATE      SEQ      TIME      USERID      OPID   CAT. PAGE  3
DED.     1,000.00
NET ACV 38,114.64
.
I HAVE CALLED INSURED AND LEFT HIM A VOICE MAIL TO CONTACT ME TO GO OVER TH
E FIGURES.
.
SENDING PROOF OF LOSS.
.
FILE OPEN FOR RECOVERABLE DEP.
.
SUBRO:   NONE HEAT STRESS ON OUTLET CAUSED THE FIRE

S0-530739-000    08-13-2004   03    13:35:57    DRIDDLE     SODR    SUP
AUTHORITY APPROVED AS REQUESTED.  PLEASE MAKE SURE TO PROTECT ANY LOSS PAYE
ES/MORTGAGEES ON ACV PAYMENT.

S0-530739-000    08-13-2004   04    13:49:22    JSULLIV     SOJS    GEN
SYSTEM CHECK FOR $38,114.64 FOR SUFFIX 001 SENT TO:
LAYNE DREXEL
1910 OLD CAPITOL TRAIL
NEWARK, DE 19711

S0-530739-000    08-13-2004   05    14:18:43    DRIDDLE     SODR    SUP
SHERRY, PER THE NOTE FROM HOME OFFICE, THIS POLICY MAY BE CANCELLED PRIOR T
O EFFECTIVE DATE.  PLEASE CANCEL THE CHECK AND REVIEW COVG TO DETERMINE.

S0-530739-000    08-13-2004   06    15:21:04    JSULLIV     SOJS    GEN
SYSTEM CHECK FOR SUFFIX 001 VOIDED

S0-530739-000    08-13-2004   07    15:36:06    SCLODFEL    SOSC    GEN
REC'D EMAIL FROM AMBER THAT POLICY HAD BEEN CANCELLED.  REQUEST CANCELLATIO
N ON CHECK.  I CALLED UNDERWRITING TO SEE IF THEY WERE GOING TO REINSTATE.
S/W BROOKE AT EXT. 257, NO REINSTATEMENT.  I ASKED HER TO HAVE THE UNDERWRI
TING MGR. E-MAIL ME TO CONFIRM

S0-530739-000    08-16-2004   01    11:03:19    DRIDDLE     SODR    SUP
RECD CALL FROM INSD, LANE DREXEL.  HE EXPLAINED HE WAS TOLD HIS POLICY WAS
CANCELLED AND NO COVG FOR THIS CLAIM.  HE SAYS HE RECD LATE NOTICE WHILE HE
 WAS ON VACATION, WHEN HE RETURNED, HE PAID PREMIUM.  HE SAYS HE DID NOT RE
CEIVE CANCELLATION NOTICE AND WAS NOT AWARE OF ANY PROBLEM.  I TOLD HIM ACC
ORDING TO THE INFO WE HAVE, POLICY WAS CANCELLED DUE TO NON PAYMENT.  HIS C
HECK WAS RECD LATE AND WAS SENT BACK TO HIM.  I WILL HAVE SHERRY GET BACK W
ITH UNDERWRITING, EXPLAIN WHAT MR. DREXEL IS SAYING, AND GET DETAILS.  SHER
RY WILL GET BACK TO HIM TO EXPLAIN WHEN NOTICES WERE SENT TO HIM, ETC.  HIS
 AGENT NEEDS TO SPEAK TO UNDERWRITER, AND I WILL SEE THAT SHERRY TALKS TO H
IS AGENT TO PASS ALONG NAME AND NUMBER OF UNDERWRITER AS WELL.

S0-530739-000    08-16-2004   02    14:49:56    KFAIN       TOKF    GEN
LAYNE DREXEL DOES NOT UNDERSTAND WHY IT TOOK SO LONG FOR IT TO BE
DETERMINED THAT THERE WAS NO COV FOR THIS LOSS. HE WOULD HAVE HANDLED
THE REPAIRS QUITE DIFFERENTLY IF HE HAD ANY IDEA THAT HE WOULD BE SOLELY
RESPONSIBLE FOR THEM. HE DOES NOT UNDERSTAND WHY GEORGE POWELL ASSISTED
TO THE EXTENT THAT HE DID, ETC. HE KNOWS HIS PMT WAS LATE AND STATES HE
DID NOT RCV NOTICE OF CANCELLATION AND HAS BEEN A STEADY PAYING CUSTOMER.
HE DID NOT WANT TO TALK TO SHERRY CLODFELTER OR DANNY RIDDLE.
EXP'D THAT ONLY THE CSC CAN ANSWER HIS QUESTIONS AND THEY HAVE BEEN IN
```

```
03-30-2005          ADJUSTER REMARKS FOR CLAIM S0-530739              RP9C213
 CLAIM NO.       DATE     SEQ    TIME      USERID     OPID    CAT. PAGE   4
COMMUNICATION WITH UNDERWRITING.
INSD SAID CSC SENT HIM TO SPK TO HIS INSURANCE AGENCY AND AGENCY SENT
HIM TO CCU.
TRANSF CALL TO JOHN HOLLAND

S0-530739-000   08-16-2004   03   16:39:01   SCLODFEL   SOSC   GEN
CALLED UNDERWRITING, THEY ARE ALL IN MEETINGS LEFT A VOICE MAIL FOR ROD
HAMILTON.  CALLED AGENT MARK GOOD HE HAS SPOKEN WITH THE INSURED AND EXPLAI
N TO THE INSURED THE CANCELLATION FOR NON-PAYMENT.  I ASKED MR. GOOD IF WE
COULD GET ON A CONFERENCE CALL WITH THE INSURED.  ONCE UNDERWRITING CALLS
WE WILL CONTACT THE AGENT AND INSURED FOR CONFERENCE CALL TO ANSWER THE INS
QUESTIONS.

S0-530739-000   08-17-2004   01   09:09:43   ASTATON3   01AS   COV
SEE ALL PRIOR NOTES.  PUTTING CLAIM INTO NO COVERAGE.  OK'D BY ADJ, SHERRY
CLODFELTER.

S0-530739-000   09-03-2004   01   11:18:45   SCLODFEL   SOSC   GEN
I SENT PLRB A QUESTION ON 8/19/04 REGARDING THIS CLAIM.  I HAD NOT HEARD
ANYTHING AS OF THIS DATE.  I E-MAILED PLRB AND THEY ADVISED THEY WERE WORKI
NG ON THE ANSWER AND WOULD GET BACK WITH ME EITHER TODAY OR TUESDAY.

S0-530739-000   09-07-2004   01   08:57:55   DRIDDLE    SODR   SUP
SHERRY, HAS OFFICIAL LETTER BEEN SENT TO INSD REGARDING NO COVG FOR THIS LO
SS DUE TO POLICY NOT BEING IN EFFECT?

S0-530739-000   09-07-2004   02   13:38:33   SCLODFEL   SOSC   GEN
NO LETTER HAS BEEN SENT TO THE INSURED.  I AM WAITING ON PLRB RESPONSE AS
INDICATED IN MY 9/3/04 REMARKS.  WILL FOLLOW UP WITH PLRB LATER TODAY IF
I DO NOT HEAR FROM THEM.

S0-530739-000   09-08-2004   01   13:55:03   SCLODFEL   SOSC   GEN
DANNY, I REC'D AN E-MAIL FROM PLRB ATTY TODAY ADVISING THEY WERE STILL
RESEARCHING MY QUESTION.

S0-530739-000   09-14-2004   01   12:13:36   SCLODFEL   SOSC   GEN
REC'D AN E-MAIL FROM UNDERWRITING ON 8/13 STATING THEY WERE NOT GOING TO
REINSTATE THE INSURED.

S0-530739-000   09-14-2004   02   14:12:34   DRIDDLE    SODR   SUP
SHERRY,  NOW THAT U/W HAS PROVIDED THEIR OFFICIAL POSITION THAT THIS POLICY
 WAS NOT IN EFFECT ON THE DATE OF LOSS AND WILL NOT BE REINSTATED, I BELIEV
E IT IS TIME TO SEND A FORMAL LETTER TO THE INSD EXPLAINING NO COVG IS AVAI
LABLE FOR THIS LOSS AS THE POLICY WAS NOT IN FORCE AT THE TIME OF THE LOSS.

S0-530739-000   09-15-2004   01   10:00:36   SCLODFEL   SOSC   GEN
SENDING INSURED LETTER NO COVERAGE UNDER THE POLICY.
.
CLOSING 001 AND 002 NO PAY.

S0-530739-000   03-29-2005   01   12:29:16   SCLODFEL   SOSC   GEN
REC'D CALL FROM ATTY. ROB BESTE 302-652-8400 ON MY VOICE MAIL.  RETURNED
HIS CALL, LEFT HIM A VOICE MAIL.

S0-530739-000   03-30-2005   01   11:50:03   SCLODFEL   SOSC   GEN
REC'D CALL FROM INSURED ATTY. ROB BESTE, WE DISCUSSED DENIAL BRIEFLY AND
```

DR 0206

```
03-30-2005           ADJUSTER REMARKS FOR CLAIM S0-530739                RP9C213
 CLAIM NO.         DATE     SEQ     TIME       USERID      OPID   CAT. PAGE   5
 I TOLD HIM I WOULD NEED TO S/W SUPERVISOR AND MGR. AND WOULD CALL HIM BACK.

 S0-530739-001    09-15-2004  01   09:59:45    SCLODFEL    SOSC   RAS
 RESERVE CHANGE REQUESTED - CNP

 S0-530739-001    09-22-2004  01   15:07:13    DRIDDLE     SODR   RAS
 AUTHORIZED RESERVE CHANGE - CNP
```

DR 0207