**EXHIBIT J**

```
##XXH1108DPCCSTM        07200400206196131
```

Last statement: June 20, 2004          Page 1 of 5
This statement: July 20, 2004          0206196131
Total days in statement period: 30     (9)

                                       Direct inquiries to:
                                       Customer Service, 888
LAYNE L DREXEL                         973-7226
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725                   Wilmington Savings Fund Society, FSB
                                       838 Market Street
                                       Wilmington DE  19801


SUMMARY OF ACCOUNT BALANCES

| Account | Number | Ending Balance |
|---|---|---|
| Plan Package Plus Interest | 0206196131 | $2,184.05 |
| Market Index Savings | 0493878375 | $4,663.63 |
| Statement Savings | 0496581240 | $2,323.95 |

Plan Package Plus Interest

| | | | |
|---|---|---|---|
| Account number | 0206196131 | | |
| Enclosures | 9 | | |
| Low balance | $1,985.84 | | |
| Average balance | $3,056.94 | Beginning bal | $3,868.76 |
| Avg collect bal | $3,006.00 | Total additions | 6,660.89 |
| Interest paid YTD | | Total subtractions | 8,345.60 |
| | $1.42 | Ending balance | $ 2,184.05 |

| Number | Date | Amount | Control |
|---|---|---|---|
| 4354 | 06-21 | 154.22 | 00000050209590 |
| 4355 | 07-15 | 296.61 | 00000050034540 |
| 4356 | 07-14 | 377.70 | 00000050107940 |
| 4358 * | 07-16 | 1,200.00 | 00000050023550 |
| 4359 | 07-14 | 283.80 | 00000050131590 |
| 4360 | 07-19 | 148.78 | 00000010024360 |
| 4361 | 07-19 | 198.00 | 00000010044080 |
| 4362 | 07-15 | 97.17 | 00000050009910 |

Account   206196131         Page   1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725

