# EXHIBIT K

Harleysville Insurance
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com
1.800.523.6344 (ext. 5082)



# Harleysville.
*Good people to know*

Attention:

**LAYNE DREXEL**
**1910 OLD CAPITOL TR**
**NEWARK      DE  19711**

Our records indicate that Check No. **C05258027** was issued to you on **07/15/04** in the amount of $     283.80

Our records also indicate that to date, this check has not been presented for payment (i.e. cashed). If you have the check noted above, **PLEASE CASH IT AS SOON AS POSSIBLE.** If the check has been lost or misplaced, please indicate accordingly in the box provided below and return the bottom portion of this letter in the self addressed envelope enclosed. **HARLEYSVILLE INSURANCE REQUIRES YOUR WRITTEN SIGNATURE BELOW BEFORE REISSUING A REPLACEMENT CHECK.**

---

**LAYNE DREXEL**
**1910 OLD CAPITOL TR**
**NEWARK      DE  19711**

Policy No.:     MPA812988
Check No.:     C05258027
Date Issued:  07/15/04
Amount:        $     283.80
Description:   -10-BILLING SYSTEM

[ ]  Check box if lost, misplaced, or never received.

[ ]

_____
Signature (REQUIRED)

C-3767 (Ed. 4-02)

P000277