# EXHIBIT M



**Southeast Claims Service Center**
Metro Airport Business Center II
2885 Elm Hill Pike
P.O. Box 140996
Nashville    TN    37214-0996
888) 549-9876    Fax (888) 492-7524
www.harleysvillegroup.com

September 14, 2004

Layne Drexel
1910 Old Capitol Tr.
Newark, DE 19711

RE: Claim #: FS0530739UND
    Insured: Layne Drexel
    Date of Loss: 6/22/04
    Cause of Loss: Fire

Dear Mr. Drexel:

According to our records your policy was cancelled for non-payment of premium. The effective date of cancellation was 6/8/04. Since the fire loss of 6/22/04 occurred after the cancellation date we are unable to afford you coverage under the policy.

If you have any questions, please feel free to contact me at 1-888-549-9876, ext. 1292.

Sincerely,

Sherry Clodfelter
Senior Claims Specialist
Southeast Regional Claims

DR 0208

Message

## Clodfelter, Sherry

**From:** Staton, Amber
**Sent:** Tuesday, August 17, 2004 8:10 AM
**To:** Clodfelter, Sherry
**Subject:** RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

You're welcome.

I read some of the comments in the adjuster notes. The insured wanted to know why it took so long to determine no coverage? I may know why (I use to work in Customer Support in Home Office). The non-pay issued on 6/14/04 asking for $283.80 due before the canc date of 6/30/04. The claim was coverage verified on 6/23/04 by claims entry which at the time was in non-pay. We did not receive payment of $283.80 until 7/14/04. The policy confirmed cancellation on 7/6/04 effective for 6/30/04. The payment of $283.80 was refunded back to the insured.

Only the underwriting has the authority to reinstate (not customer support).

Hope that helps.

-----Original Message-----
**From:** Clodfelter, Sherry
**Sent:** Tuesday, August 17, 2004 9:04 AM
**To:** Staton, Amber
**Subject:** RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

yes, thanks

----- Original Message-----
**From:** Staton, Amber
**Sent:** Tuesday, August 17, 2004 7:21 AM
**To:** Clodfelter, Sherry
**Subject:** FW: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

Sherry,

Do you want me to put the claim into No Coverage?

Amber

-----Original Message-----
**From:** Riddle, Danny
**Sent:** Friday, August 13, 2004 2:28 PM
**To:** Staton, Amber
**Subject:** RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

You're welcome. Thanks for catching this before we sent out money we may not owe.

-----Original Message-----
**From:** Staton, Amber
**Sent:** Friday, August 13, 2004 1:27 PM
**To:** Riddle, Danny
**Subject:** RE: S0-53 07 39 -- Layne Drexel -- MPA 81 29 88

DR 0209

Message

Page 1 of 1

### Clodfelter, Sherry

From: Southard, Robert
Sent: Friday, August 13, 2004 3:17 PM
To: Clodfelter, Sherry
Subject: Layne Drexel MPA 812988

The captioned policy was cancelled for non-payment and we have no intention of reinstating coverage. No payment has been received since the cancellation notice was mailed to the insured.

6-14-04

6-30-

DR 0211

```
                ADJUSTER ACTIVITY NOTES  -  ADD              RP9C212 RM9C2

   FOR CLAIM S0 - 530739 SUFFIX 000 DATE/SEQ
   CATEGORY CODE sup USERID DRIDDLE                          TIME

REMARKS:
   recd call from insd, Lane Drexel.  he explained he was told his policy was
   cancelled and no covg for this claim.  he says he recd late notice while he
    was on vacation, when he returned, he paid premium.  he says he did not re
   ceive cancellation notice and was not aware of any problem.  i told him acc
   ording to the info we have, policy was cancelled due to non payment.  his c
   heck was recd late and was sent back to him.  i will have sherry get back w
   ith underwriting, explain what mr. drexel is saying, and get details.  sher
   ry will get back to him to explain when notices were sent to him, etc.  his
    agent needs to speak to underwriter, and i will see that sherry talks to h
   is agent to pass along name and number of underwriter as well.




CONTINUE? Y/N N

PF1=HELP   PF3=EXIT   PF5=ADD
```

*Mark Hood*
302-227-0507

*Harold Wells*
505/3983
*Lewis Const.*

**DR 0212**