

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

May 25, 2007

*By Electronic Filing*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Layne Drexel v. Harleysville Insurance*
      C.A. 05-0428 JJF

Dear Judge Farnan:

I write to advise the Court that briefing on plaintiff's Motion to Compel and for Sanctions (D.I. 31) is complete. Pursuant to Local Rule 7.1.4, plaintiff requests that the Court set the motion for oral argument.

Respectfully,

Robert K. Beste, III (ID No. 3931)

RKB/vkm

cc:   Clerk of Court (by electronic filing)
      Counsel of Record (by electronic filing)

04343|PLDG|10026165.WPD