# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

———

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

May 30, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

   **Re: Drexel v. Harleysville**
   **C.A. No. 05-428 JJF**

Dear Judge Farnan:

   The case scheduling order issued in this case on February 27, 2007 requires the filing of dispositive motions on or before May 18, 2007.  On May 17, 2007 the plaintiff filed a motion for summary judgment.  Defendant seeks leave of court to permit it to file its motion for summary judgment.  In preparing the response to the plaintiff's motion, it became clear that defendant's argument will permit the court to consider granting summary judgment for defendant.  With the court's permission, the defendant will file its brief in support of its motion for summary judgment at the same time it answers the plaintiff's motion.

                    Respectfully yours,

                    STEPHEN P. CASARINO

SPC/rt

cc: Robert Beste, Esquire
    Kathleen Miller, Esquire