IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAYNE DREXEL,                                :
                                             :        C.A. No.: 05-428 JJF
                    Plaintiff,               :
        v.                                   :
                                             :
HARLEYSVILLE INSURANCE CO.                   :
                                             :
                    Defendant.               :

## <u>ORDER</u>

IT IS HEREBY ORDERED this _____ day of _____, 2007 that

the defendant may file a Motion for Summary Judgment at the same time it responds to

plaintiff's Motion for Summary Judgment.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.