# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

June 1, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

        **Re: Drexel v. Harleysville**
        **C.A. No. 05-428 JJF**

Dear Judge Farnan:

     I write in response to Mr. Beste's May 31, 2007 letter. Plaintiff's motion for summary judgment asks the court to construe the Harleysville's policy concerning cancellation of insurance coverage. Defendant's answering brief intends to demonstrate that the insurance policy was expired prior to the loss incurred by the plaintiff. These are legal matters. Should the court interpret the policy language as suggested by the defense, the natural consequence would be to conclude that as a matter of law the defendant is entitled to judgment.

     The arguments made in the defendant's brief will not change whether or not defendant files a motion for summary judgment, however it will permit the court to give complete relief should the court agree with the defendant's position. In essence, the defendant's answering brief supports its motion for summary judgment.

     Defendant is not asking for any additional time to file a brief, only to file the motion. There will be no delay. The defense response to plaintiff's motion for summary judgment will set forth the defendant's position. There would be no need for the court to extend any other deadlines.

                                                 Respectfully yours,

                                               STEPHEN P. CASARINO

SPC/rt

cc: Robert Beste, Esquire
    Kathleen Miller, Esquire