IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | : | |
| | : | C.A. No.: 05-428 JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE INSURANCE CO. | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF DEPOSITION

TO:  Layne Drexel
     c/o Robert K. Beste, Esquire
     Smith Katzenstein & Furlow LLP
     800 Delaware Avenue, 7th Floor
     P.O. Box 410
     Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the following individual on July 12, 2007 in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware:

**Plaintiff Layne Drexel** - beginning at 2:00 p.m.

                                        CASARINO, CHRISTMAN & SHALK

                                         /s/ Stephen P. Casarino
                                        STEPHEN P. CASARINO, ESQUIRE
                                        I.D. No. 174
                                        800 North King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
                                        Attorney for Defendant Hareleysville

Dated: June 4, 2007

cc:   Hawkins Reporting Service

## CERTIFICATION OF SERVICE

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have served via efiling at 800 North King Street, Suite 200, Wilmington, Delaware on this 4th day of June 2007, a true and correct copy of the Notice of Deposition to:

Robert K. Beste, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
I.D. No. 174
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Harleysville