# EXHIBIT B

POLICY NO. MPA 81 29 88    COMMERCIAL PACKAGE    MPA 81 29 88

[x] **NOTICE OF POLICY EXPIRATION**

[ ] **NOTICE OF CANCELLATION FOR NONPAYMENT OF PREMIUM**

HARLEYSVILLE MUTUAL INS. CO.
355 MAPLE AVE
HARLEYSVILLE PA 19438

Agent
07-3641
S. T. GOOD INSURANCE, INC.
67 CHRISTIANA ROAD
NEW CASTLE DE 19720

PAYER 650
LAYNE DREXEL
1910 OLD CAPITOL TR
NEWARK DE  19711

EXPIRATION EFFECTIVE 06-08-04 12.01 AM STANDARD TIME

PAST DUE AMOUNT $283.80

WE HAVE NOT RECEIVED YOUR PREMIUM PAYMENT. COVERAGE EXPIRED ON THE DATE STATED ABOVE. CONTINUOUS PROTECTION IS POSSIBLE IF PAST DUE AMOUNT IS RECEIVED BY THE COMPANY/AGENT BEFORE THE EXTENDED DUE DATE OF 06-30-04 12.01 AM STANDARD TIME

Any non-payment cancellation notice will take precedence over notice of cancellation or non-renewal for any other reason, and the date on the non-payment cancellation notice shall be the date of cancellation.

**RETURN THIS PORTION WITH YOUR PAYMENT**

Policy No. MPA812988
COMMERCIAL PACKAGE

Insured  LAYNE DREXEL

BRANCH 30

EXPIRATION EFFECTIVE 06-08-04 12.01 AM STANDARD TIME

PAST DUE AMOUNT $283.80  DRE

EXTENDED DUE DATE  06-30-04

Please make your check or money order payable to HARLEYSVILLE INSURANCE and forward payment in the enclosed envelope to the PROCESSING CENTER AT 355 MAPLE AVENUE, HARLEYSVILLE, PA 19441. Include your policy number on the face of the check. MAIL IT TODAY TO KEEP YOUR VALUABLE PROTECTION IN FORCE. If your payment has already been forwarded, it will be acknowledged. THANK YOU FOR YOUR PAYMENT!

061404   EXPIRATION DATE   If address change, cross out the 'Y' and indicate new address below Insured Name
CONTROL 173 060805

Mailing Date: 061504    Y    2 4MPA812988 0139400 0028380 0000000
C-650 (Ed. 12-96)

# IMPORTANT NOTICES

Notice to insured with policies in **Connecticut, District of Columbia, Maryland, Massachusetts, Ohio, Rhode Island, New Jersey.**

Your state has established an insurance underwriting association or placement facility to make basic property insurance available for buildings and contents.

If you experience difficulty in obtaining Fire and Extended Coverage Insurance for your real or personal property, please contact your agent or broker for more information about your possible eligibility for coverage through this organization or contact the organization at the address below.

Your agent or broker can advise you concerning application for such insurance, inspection and rating of your property, and declination or approval of coverage.

**Connecticut**
Connecticut FAIR Plan
224 Pitkin Street
East Hartford, CT 06108

**District of Columbia**
District of Columbia Property Insurance Facility
1919 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006-3461

**Maryland**
Joint Insurance Association
7 North Calvert Street (13th Floor)
Baltimore, MD 21201-1928

**Massachusetts**
Massachusetts Property Insurance Association
Three Center Plaza
Boston, MA 02108

**Ohio**
Ohio FAIR Plan Underwriting
6230 Busch Boulevard
Columbia, OH 43229

**New Jersey**
New Jersey Insurance Underwriting Association
744 Broad Street
Newark, NJ 07102

**Rhode Island**
Rhode Island Joint Reinsurance Assocation
Three Center Plaza
Boston, MA 02108

**Notice to Insureds with a policy in Delaware**

Delaware law provides that a named insured who wishes to contest the reason or reasons for cancellation shall within ninety (90) days of such cancellation, mail or deliver to the Commissioner of Insurance, 841 Silver Lake Blvd., Dover, Delaware, 19901, a written request for a hearing which shall state clearly the basis for the appeal and be accompanied by a filing fee of $10.00.

**Notice to Insureds with a policy in the District of Columbia**

Your property insurance policy is cancelled per this notice. If there is cause to believe this action is based on erroneous information or is contrary to either law or policy terms, you may at any time before the effective date of cancellation, send written notice to the Superintendent of Insurance stating why you believe the purported cancellation is invalid. A copy of the written notices shall be mailed to this company.

**Notice to Insureds with a policy in Kentucky**

**Automobile Insurance Plan Information (applies only to terminations of automobile insurance, except insurance provided through the Kentucky Automobile Insurance Plan):** You have been notified herewith that this company will no longer be carrying your automobile insurance. You are possibly eligible for automobile insurance through another insurer or the Kentucky Insurance Plan.

**Replacement of Property (Fire) or Homeowners Insurance:** If this notice of cancellation or nonrenewal pertains to a policy providing fire, extended coverage and vandalism and malicious mischief coverage or homeowners insurance and you wish to replace your policy, you should make an effort to obtain insurance through another carrier in the normal market. If you have difficulty procuring replacement coverage in the normal market, you possibly may obtain coverage through the Kentucky Property Insurance Placement Facility (FAIR Plan). For further information, please contact your agent, broker or the FAIR Plan at P.O. Box 70600, Louisville, Kentucky 40270.

**Notice to Insureds with a policy in New Jersey**

You have the right to contest the cancellation or nonrenewal by filing a written complaint with the New Jersey Department of Insurance, Division of Licensing and Enforcement, P.O. Box CN325, Trenton, New Jersey 08625.

If you wish to file a complaint, you should contact the Insurance Department immediately.

C-550 (Ed. 12-96)