# EXHIBIT D

```
Account    206196131                    Page   1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```





```
Account    206196131                    Page   1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```

---

**LAYNE L. DREXEL**
LIC 791414
PH 302-737-4396
1910 OLD CAPITAL TRAIL
NEWARK, DE 19711

4358
62-10/311
BRANCH 311

DATE 7/1/04

PAY TO THE ORDER OF  Washington Mutual   $ 1200.00

Twelve Hundred + 00/100   DOLLARS

**WSFS bank**
Wilmington Savings Fund Society, FSB
838 Market Street, Wilmington, DE 19899

Plan Package

FOR

⑆031100102⑆ 206196 131⑈ 4358   ⑈000012000⑈

```
Account    206196131                Page   1
LAYNE  L  DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```





```
Account    206196131                      Page   1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```

**LAYNE L DREXEL** — 4360
LIC 791414
PH 302-737-4396
1910 OLD CAPITAL TRAIL
NEWARK, DE 19711

DATE: 7/1/04

PAY TO THE ORDER OF: ARTESIAN    $ 148.78

One Hundred Forty Eight & 78/100 DOLLARS

Plan Package

WSFS bank
Wilmington Savings Fund Society, FSB
838 Market Street, Wilmington, DE 19899

⑆031100102⑆ 206196 131⑊ 4360    ⑆00000014878⑆

```
Account    206196131                      Page   1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```

---

**LAYNE L. DREXEL**  
LIC 791414  
PH 302-737-4396  
1910 OLD CAPITAL TRAIL  
NEWARK, DE 19711

4361  
52-10/311  
BRANCH 311

DATE 7/1/04

PAY TO THE ORDER OF  BFI                           $ 198.00

ONE HUNDRED NINETY EIGHT + 00/100  DOLLARS

WSFS bank  
Wilmington Savings Fund Society, FSB  
838 Market Street, Wilmington, DE 19899

Plan Package

2 docs of _____

FOR _____

⑈031100102⑈ 206196 131⑈ 4361  ⁄0000019800⁄

---

4361 18507 07-19-04 6505 36  
085069862 50340112 00000001725  
LPSI LOU KY

```
Account    206196131                    Page  1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```

**LAYNE L. DREXEL**
LIC 791414
PH 302-737-4396
1910 OLD CAPITAL TRAIL
NEWARK, DE 19711

4362
62-10/311
BRANCH 311

DATE 2/1/04

PAY TO THE ORDER OF  CITY OF NEWARK                    $ 92.17

Ninety seven + 17/100                                  DOLLARS

WSFS bank
Wilmington Savings Fund Society, FSB
838 Market Street, Wilmington, DE 19899

Plan Package

⑁031100102⑁ 206196 131⑁ 4362  ⑁000008971 7⑁

WILMINGTON TRUST CO
0170286720
PKT=7

FOR DEPOSIT ONLY
CITY OF NEWARK
1020-5298

```
Account    206196131                    Page   1
LAYNE L DREXEL
1910 OLD CAPITAL TRL
NEWARK DE 19711-6725
```





```
##XXH1108DPCCSTM        07200400206196131
```

```
          Last statement: June 20, 2004      Page 1 of 5
          This statement: July 20, 2004      0206196131
          Total days in statement period: 30  (9)

                                             Direct inquiries to:
                                             Customer Service, 888
     LAYNE L DREXEL                          973-7226
     1910 OLD CAPITAL TRL
     NEWARK DE 19711-6725                    Wilmington Savings Fund Society,FSB
                                             838 Market Street
                                             Wilmington DE  19801
```

                    SUMMARY OF ACCOUNT BALANCES

```
Account                    Number                      Ending Balance
Plan Package Plus Interest 0206196131                      $2,184.05
'arket Index Savings       0493878375                      $4,663.63
 tatement Savings          0496581240                      $2,323.95
```

                    Plan Package Plus Interest

```
Account number             0206196131
Enclosures                          9
Low balance                 $1,985.84
Average balance             $3,056.94   Beginning bal        $3,868.76
Avg collect bal             $3,006.00   Total additions       6,660.89
Interest paid YTD                       Total subtractions    8,345.60
                               $1.42    Ending balance      $ 2,184.05
```

| Number | Date | Amount | Control |
|---|---|---|---|
| 4354 | 06-21 | 154.22 | 00000050209590 |
| 4355 | 07-15 | 296.61 | 00000050034540 |
| 4356 | 07-14 | 377.70 | 00000050107940 |
| 4358 * | 07-16 | 1,200.00 | 00000050023550 |
| 4359 | 07-14 | 283.80 | 00000050131590 |
| 4360 | 07-19 | 148.78 | 00000010024360 |
| ^361 | 07-19 | 198.00 | 00000010044080 |
| 362 | 07-15 | 97.17 | 00000050009910 |