**CERTIFICATE OF SERVICE**

    I, Stephen P. Casarino, Esq., hereby certify that I have mailed from 800 North King Street, Suite 200, Wilmington, DE 19801, on this 5th day of June, 2007, a two true and correct copies of Defendant's Brief in Response to Plaintiff's Motion for Summary Judgment addressed to:

> Robert K. Beste, III, Esquire
> Smith, Katzenstein & Furlow
> 800 Delaware Avenue, 7th Floor
> P.O. Box 410
> Wilmington, DE 19899

                        CASARINO, CHRISTMAN & SHALK

                        /s/ Stephen P. Casarino
                        STEPHEN P. CASARINO, ESQ
                        I.D. No. 174
                        800 N. King Street, Suite 200
                        Wilmington, DE 19899-1276
                        (302) 594-4500
                        Attorney for the Defendant Harleysville