# CASARINO, CHRISTMAN & SHALK, P.A.

ATTORNEYS AT LAW
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
SARAH C. BRANNAN
J'AIME L. WALKER **

** ADMITTED IN PA and NJ ONLY

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

June 5, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    **Re: Drexel v. Harleysville**
    **C.A. No. 05-428 JJF**

Dear Judge Farnan:

    Your Honor has yet to rule whether defendant can file a Motion for Summary Judgment. I have filed the Motion with my answering brief in response to plaintiff's Motion for Summary Judgment. If the court rules that defendant can not file for Summary Judgment, the brief will be an answering brief only to plaintiff's Motion for Summary Judgment.

                            Respectfully yours,

                            STEPHEN P. CASARINO

SPC/rt

cc: Robert Beste, Esquire
    Kathleen Miller, Esquire