# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 05-00428 (JJF) |
| v. | : |
| | : Jury Trial Demanded |
| HARLEYSVILLE INSURANCE CO., | : |
| | : |
| Defendant. | : |

### *Plaintiff's Local Rule 47.1 Proposed Special Voir Dire Question*

Do you, or any of your family or friends, work for or have a connection to any insurance companies, including any past employment or connections?

SMITH, KATZENSTEIN & FURLOW LLP

 /s/ *Robert K. Beste*
Kathleen M. Miller (No. 2898)
Robert K. Beste, III (No. 3931)
Post Office Box 410
Wilmington, Delaware 19899
Telephone:   (302) 652-8400
Facsimile:    (302) 652-8405
Email:          rkb@skfdelaware.com

July 31, 2007          *Attorneys for plaintiff*

04343|NTS|10029042.WPD