IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | : | |
| | : | C.A. No.: 05-428 JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE INSURANCE CO. | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S INSTRUCTIONS

Although the defendant objects in general to the plaintiff's instructions as being totally unnecessary and too drawn out, defendant objects specifically to Description of The Case, page 13.

Defendant also objects to Contract Formation, Offer and Acceptance, page 23. Defendant believes these are legal matters to be determined by the court.

Defendant objects to Waiver, page 26. Although the first three sentences are not objectionable, defendant objects to the balance of the instruction on page 26 because of comments on the evidence.

Defendant objects to Promissory Estoppel page 27, Estoppel page 28 and with regard to Breach of Contract, the defendant does not agree that a finding for the plaintiff results in an award of a sum certain. The defendant expects the plaintiff to prove his damages.

Defendant objects to Bad Faith Breach of Contract, page 31.

CASARINO, CHRISTMAN & SHALK

/S/ Stephen P. Casarino
Stephen P. Casarino, Esquire
Bar I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19801
Attorney for Defendant