IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAYNE DREXEL,                    :
                                 :
        Plaintiff,               :
                                 :
    v.                           :   Civil Action No. 05-428-JJF
                                 :
HARLEYSVILLE INSURANCE CO.,      :
                                 :
        Defendant.               :

### ORDER

WHEREAS, Plaintiff has filed a Motion To Compel And For Sanctions (D.I. 31) and a Motion For Summary Judgment (D.I. 33);

WHEREAS, on May 30, 2007, Defendant submitted a letter request seeking leave to file an untimely motion for summary judgment (D.I. 37);

WHEREAS, at the August 2, 2007 Pretrial Conference, and by its order of August 3, 2007, the Court resolved the parties' discovery disputes and ordered the parties to submit new cross motions for summary judgment after the close of discovery;

NOW THEREFORE, it is hereby ordered that:

1) Plaintiff's Motion To Compel And For Sanctions (D.I. 31) is **DENIED**.

2) Plaintiff's Motion For Summary Judgment (D.I. 33) is **DENIED**.

3) Defendant's request for leave for file an untimely motion for summary judgment (D.I. 37) is **DENIED**.

August 3, 2007                          _____
    DATE                                UNITED STATES DISTRICT JUDGE