IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | : | |
| | : | C.A. No.: 05-428 JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE INSURANCE CO. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF DEPOSITION**

TO:   Layne Drexel
       c/o Robert K. Beste, Esquire
       Smith Katzenstein & Furlow LLP
       800 Delaware Avenue, 7th Floor
       P.O. Box 410
       Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the following individual on August 15, 2007 in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware:

       **Plaintiff Layne Drexel** - beginning at 10:00 a.m.

                        CASARINO, CHRISTMAN & SHALK

                        /s/ Stephen P. Casarino
                        STEPHEN P. CASARINO, ESQUIRE
                        I.D. No. 174
                        800 North King Street, Suite 200
                        P.O. Box 1276
                        Wilmington, DE 19899
                        (302) 594-4500
                        Attorney for Defendant Hareleysville

Dated: August 9, 2007

cc:     Hawkins Reporting Service

## **CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have served via efiling at 800 North King Street, Suite 200, Wilmington, Delaware on this 9th day of August 2007, a true and correct copy of the Notice of Deposition to:

>Robert K. Beste, Esquire
>Smith Katzenstein & Furlow LLP
>800 Delaware Avenue, 7th Floor
>P.O. Box 410
>Wilmington, DE 19899

>CASARINO, CHRISTMAN & SHALK
>
> /s/ Stephen P. Casarino
>STEPHEN P. CASARINO, ESQUIRE
>I.D. No. 174
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>(302) 594-4500
>Attorney for Defendant Harleysville