IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE DREXEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-428-JJF |
| | : | |
| HARLEYSVILLE INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court conducted a pre-trial conference on August 2, 2007, wherein outstanding discovery disputes were discussed;

WHEREAS, the Court determined that severing Plaintiff's non-Liability claims from all other claims will allow for a more efficient trial;

WHEREAS, Defendant represented to the Court that, excepting the deposition of Plaintiff, which is scheduled for August 15, 2007, Defendant has all the discovery material it needs for a trial on liability;

WHEREAS, Plaintiff represented that, to be prepared for trial, Plaintiff must conduct depositions pursuant to Fed. R. Civ. P. 30(b)(6) and depositions of certain of Defendant's employees and/or former employees;

NOW THEREFORE IT IS HEREBY ORDERED that:

1) Defendant shall make its 30(b)(6) deponents available in Delaware, and Plaintiff's depositions of those

deponents must occur **on or before September 15, 2007, but not until after Plaintiff is deposed**.

    2) Defendant shall produce, **no less than ten (10) business days before the depositions of the 30(b)(6) deponents**, any documents regarding (a) the processing of payments by insured clients and (b) the handling of fire related claims.

    3) Plaintiff may depose, in Wilmington, three Harleysville employees and/or former employees of Plaintiff's choice, **on or before September 15, 2007**.

    4) The parties shall submit cross motions for summary judgment before **November 1, 2007**.

    5) A second Pretrial Conference will be held on **February 7, 2008, at 1:30 p.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

August 14, 2007  
DATE

_____  
UNITED STATES DISTRICT JUDGE