## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-428 (JJF) |
| v. | ) |
| | ) |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

TO:    Stephen P. Casarino, Esquire
Casarino, Christman & Shalk, PA
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the following individuals in the law offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 10th Floor, Wilmington, Delaware, on Thursday, August 30, 2007:

    Sherry Clodfelter    10:00 a.m.

    Danny Riddle    12:00 p.m.

    SMITH, KATZENSTEIN & FURLOW LLP

      /s/ Robert K. Beste
    Robert K. Beste, III (ID No. 3931)
    Post Office Box 410
    Wilmington, Delaware 19899
    Telephone:    (302) 652-8400
    Facsimile:    (302) 652-8405

    *Attorneys for plaintiff*

August 24, 2007

04343|NOD|10030084.WPD