IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | C.A. No. 05-428 (JJF) |
| v. ) | |
| ) | |
| HARLEYSVILLE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

*Notice of Service*

I HEREBY CERTIFY that on August 31, 2007, copies of Plaintiff's Third Request for Production of Documents were served by hand delivery on the following:

    Stephen P. Casarino, Esquire
    Casarino, Christman & Shalk, PA
    800 North King Street, Suite 200
    Wilmington, Delaware 19801

        SMITH, KATZENSTEIN & FURLOW LLP

        /s/ Kathleen M. Miller
        Kathleen M. Miller (ID No. 2898)
        Robert K. Beste, III (ID No. 3931)
        Post Office Box 410
        Wilmington, Delaware 19899
        Telephone: (302) 652-8400
        Telecopy: (302) 652-8405
        Email: rkb@skfdelaware.com

        *Attorneys for plaintiff*

August 31, 2007

04343|NOS|10030508.WPD