**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAYNE DREXEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-428 (JJF) |
| v. | ) |
| | ) |
| HARLEYSVILLE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION**

TO:  Stephen P. Casarino, Esquire
　　　Casarino, Christman & Shalk, PA
　　　800 North King Street, Suite 200
　　　P.O. Box 1276
　　　Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of the following individual in the law offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 10th Floor, Wilmington, Delaware, on Tuesday, September 11, 2007:

　　　Amber Staton　　　10:00 a.m.

　　　　　　　　　　　SMITH, KATZENSTEIN & FURLOW LLP

　　　　　　　　　　　　/s/ Robert K. Beste
　　　　　　　　　　　Robert K. Beste, III (ID No. 3931)
　　　　　　　　　　　Post Office Box 410
　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　Telephone:　(302) 652-8400
　　　　　　　　　　　Facsimile:　(302) 652-8405

　　　　　　　　　　　*Attorneys for plaintiff,
　　　　　　　　　　　Layne Drexel*

September 11, 2007

04343|NOD|10030849.WPD