# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAYNE DREXEL, : | |
| : | C.A. No.: 05-428 JJF |
| Plaintiff, : | |
| v. : | |
| : | |
| HARLEYSVILLE INSURANCE CO. : | |
| : | |
| Defendant. : | |

## NOTICE OF DEPOSITION

TO:    Layne Drexel
         c/o Robert K. Beste, Esquire
         Smith Katzenstein & Furlow LLP
         800 Delaware Avenue, 7th Floor
         P.O. Box 410
         Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the depositions of the following individual on Friday, October 5, 2007 in the law offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200, Wilmington, Delaware:

        **Mark Good, S.T. Good Insurance Co.** - October 5, 2007 beginning at 2:00 p.m.

        CASARINO, CHRISTMAN & SHALK

        /s/ Stephen P. Casarino
        STEPHEN P. CASARINO, ESQUIRE
        I.D. No. 174
        800 North King Street, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899
        (302) 594-4500
        Attorney for Defendant Hareleysville

Dated: September 20, 2007

cc:    Hawkins Reporting Service

**CERTIFICATION OF SERVICE**

I, STEPHEN P. CASARINO, ESQ., hereby certify that I have served via efiling at 800 North King Street, Suite 200, Wilmington, Delaware on this 20th day of September 2007, a true and correct copy of the Notice of Deposition to:

>Robert K. Beste, Esquire
>Smith Katzenstein & Furlow LLP
>800 Delaware Avenue, 7th Floor
>P.O. Box 410
>Wilmington, DE 19899

>CASARINO, CHRISTMAN & SHALK
>
>/s/ Stephen P. Casarino
>STEPHEN P. CASARINO, ESQUIRE
>I.D. No. 174
>800 North King Street, Suite 200
>P.O. Box 1276
>Wilmington, DE 19899
>(302) 594-4500
>Attorney for Defendant Harleysville