# Exhibit B

POLICY NO. MPA 81 29 88        COMMERCIAL PACKAGE                          MPA 81 29 88

☒ **NOTICE OF POLICY EXPIRATION**              HARLEYSVILLE MUTUAL INS. CO.
                                              355 MAPLE AVE
☐ **NOTICE OF CANCELLATION**                   HARLEYSVILLE PA 19438
   **FOR NONPAYMENT OF PREMIUM**
                                              Agent
                                                  07-3641
                                              S. T. GOOD INSURANCE, INC.
                                              67 CHRISTIANA ROAD
                                              NEW CASTLE DE   19720

PAYER 650  LAYNE DREXEL
           1910 OLD CAPITOL TR
           NEWARK DE        19711

                                              EXPIRATION
                                              EFFECTIVE        PAST DUE
                                              06-08-04         AMOUNT
                                              12.01 AM         $283.80
                                              STANDARD TIME

WE HAVE NOT RECEIVED YOUR PREMIUM PAYMENT. COVERAGE EXPIRED ON THE DATE STATED ABOVE. CONTINUOUS PROTECTION IS POSSIBLE IF PAST DUE AMOUNT IS RECEIVED BY THE COMPANY/AGENT BEFORE THE EXTENDED DUE DATE OF 06-30-04 12.01 AM     STANDARD TIME

Any non-payment cancellation notice will take precedence over notice of cancellation or non-renewal for any other reason, and the date on the non-payment cancellation notice shall be the date of cancellation.

                         RETURN THIS PORTION WITH YOUR PAYMENT

Policy No.  MPA812988                    EXPIRATION      PAST DUE
            COMMERCIAL PACKAGE           EFFECTIVE       AMOUNT
                                         06-08-04        $283.80    DRE
Insured     LAYNE DREXEL                 12.01 AM
                                         STANDARD TIME

                                         EXTENDED DUE DATE    06-30-04

            BRANCH 30
Please make your check or money order payable to HARLEYSVILLE INSURANCE and forward payment in the enclosed envelope to the PROCESSING CENTER AT 355 MAPLE AVENUE, HARLEYSVILLE, PA 19441. Include your policy number on the face of the check. MAIL IT TODAY TO KEEP YOUR VALUABLE PROTECTION IN FORCE. If your payment has already been forwarded, it will be acknowledged. THANK YOU FOR YOUR PAYMENT!

      061404         EXPIRATION DATE    If address change, cross out the 'Y' and indicate new address below Insured Name
   CONTROL    173  060805

         Mailing Date: 061504              Y      2 4MPA812988 0139400 0028380 0000000
         C-550 (Ed. 12-96)

# IMPORTANT NOTICES

**Notice to insured with policies in Connecticut, District of Columbia, Maryland, Massachusetts, Ohio, Rhode Island, New Jersey.**

Your state has established an insurance underwriting association or placement facility to make basic property insurance available for buildings and contents.

If you experience difficulty in obtaining Fire and Extended Coverage Insurance for your real or personal property, please contact your agent or broker for more information about your possible eligibility for coverage through this organization or contact the organization at the address below.

Your agent or broker can advise you concerning application for such insurance, inspection and rating of your property, and declination or approval of coverage.

**Connecticut**
Connecticut FAIR Plan
224 Pitkin Street
East Hartford, CT 06108

**District of Columbia**
District of Columbia Property Insurance Facility
1919 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006-3461

**Maryland**
Joint Insurance Association
7 North Calvert Street (13th Floor)
Baltimore, MD 21201-1928

**Massachusetts**
Massachusetts Property Insurance Association
Three Center Plaza
Boston, MA 02108

**Ohio**
Ohio FAIR Plan Underwriting
6230 Busch Boulevard
Columbia, OH 43229

**New Jersey**
New Jersey Insurance Underwriting Association
744 Broad Street
Newark, NJ 07102

**Rhode Island**
Rhode Island Joint Reinsurance Assocation
Three Center Plaza
Boston, MA 02108

**Notice to Insureds with a policy in Delaware**

Delaware law provides that a named insured who wishes to contest the reason or reasons for cancellation shall within ninety (90) days of such cancellation, mail or deliver to the Commissioner of Insurance, 841 Silver Lake Blvd., Dover, Delaware, 19901, a written request for a hearing which shall state clearly the basis for the appeal and be accompanied by a filing fee of $10.00.

**Notice to Insureds with a policy in the District of Columbia**

Your property insurance policy is cancelled per this notice. If there is cause to believe this action is based on erroneous information or is contrary to either law or policy terms, you may at any time before the effective date of cancellation, send written notice to the Superintendent of Insurance stating why you believe the purported cancellation is invalid. A copy of the written notices shall be mailed to this company.

**Notice to Insureds with a policy in Kentucky**

**Automobile Insurance Plan Information (applies only to terminations of automobile insurance, except insurance provided through the Kentucky Automobile Insurance Plan):** You have been notified herewith that this company will no longer be carrying your automobile insurance. You are possibly eligible for automobile insurance through another insurer or the Kentucky Insurance Plan.

**Replacement of Property (Fire) or Homeowners Insurance:** If this notice of cancellation or nonrenewal pertains to a policy providing fire, extended coverage and vandalism and malicious mischief coverage or homeowners insurance and you wish to replace your policy, you should make an effort to obtain insurance through another carrier in the normal market. If you have difficulty procurring replacement coverage in the normal market, you possibly may obtain coverage through the Kentucky Property Insurance Placement Facility (FAIR Plan). For further information, please contact your agent, broker or the FAIR Plan at P.O. Box 70600, Louisville, Kentucky 40270.

**Notice to Insureds with a policy in New Jersey**

You have the right to contest the cancellation or nonrenewal by filing a written complaint with the New Jersey Department of Insurance, Division of Licensing and Enforcement, P.O. Box CN325, Trenton, New Jersey 08625.

If you wish to file a complaint, you should contact the Insurance Department immediately.

C-550 (Ed. 12-86)