

POLICY NO. MPA 81 29 88    COMMERCIAL PACKAGE POLICY    MPA 81 29 88

☐ **CONFIRMATION OF CANCELLATION**  HARLEYSVILLE MUTUAL INS. CO.
☒ **CONFIRMATION OF TERMINATION**   355 MAPLE AVENUE
                                    HARLEYSVILLE, PA 19438

AGENT 07-3641
S. T. GOOD INSURANCE, INC.
67 CHRISTIANA ROAD
NEW CASTLE DE 19720

INSURED

LAYNE DREXEL
1910 OLD CAPITOL TR
NEWARK DE 19711

You are hereby notified that in accordance with the terms and conditions of the above policy your insurance coverage ceases at and from 12:01 AM Standard Time on 06-08-2004 and the following checked condition applies:
Cancellation or Termination Date

☐ A refund check in payment of the unearned portion of the paid premium is enclosed in the amount of ---------------------------------->    $ _____  Total Refund
or ... has been issued to the Agent ☐, Mortgagee ☐, or other ☐

☐ The unpaid earned premium due the Company is hereby billed in the amount of -->   $ _____  Premium Due
Make check payable to the Company shown at above right. If payment is not received, collection of the premium amount due will be subject to further action.

☒ THE POLICY HAS EXPIRED. OUR RENEWAL OFFER WAS NOT TAKEN
IF THE POLICY IS SUBJECT TO AUDIT, THE PREMIUM MAY BE ADJUSTED BASED ON POLICY AUDIT PROVISIONS.

MAIL DATE   07-07-2004                                06-08-2005
ISSUE DATE  07-06-2004

_M. D. Alderfer_
Authorized Representative

HOME OFFICE COPY                                      C-554 (Ed. 4-97)