# Exhibit

# D

SEP 07 2007 15:26 FR Received: Sep 7 2007 03:13pm TO 913025944509 P.05/14

**RETURN THIS PORTION WITH YOUR PAYMENT**

Policy No. MPA812988
COMMERCIAL PACKAGE

Insured LAYNE DREXEL

EXPIRATION
EFFECTIVE
06-08-04
12.01 AM
STANDARD TIME

PAST DUE
AMOUNT
$283.80 DRE

EXTENDED DUE DATE 06-30-04

BRANCH 30

Please make your check or money order payable to HARLEYSVILLE INSURANCE and forward payment in the enclosed envelope to the **PROCESSING CENTER AT 355 MAPLE AVENUE, HARLEYSVILLE, PA 19441**. Include your policy number on the face of the check. MAIL IT TODAY TO KEEP YOUR VALUABLE PROTECTION IN FORCE. If your payment has already been forwarded, it will be acknowledged. THANK YOU FOR YOUR PAYMENT!

061404
CONTROL 173 EXPIRATION DATE 060805

If address change, cross out the 'Y' and indicate new address below Insured Name



Mailing Date: 061504
C-550 (Ed. 12-96)

Y

2 4MPA812988 0139400 0028380 00000C

INSURED'S COPY

**LAYNE L. DREXEL**
LIC 791414
PH 302-737-4396
1910 OLD CAPITAL TRAIL
NEWARK, DE 19711

4359

62-10/311
BRANCH 311

6/7/04
DATE

PAY TO THE ORDER OF [illegible]

$ 283.60

Two Hundred Eighty Three 60/100 DOLLARS

Security Features Details on Back.

Plan Package

WSFS bank
Wilmington Savings Fund Society, FSB
838 Market Street, Wilmington, DE 19899

FOR

[signature]

⑆031100102⑆ 206196 131⑈ 4359