



**Harleysville**
Harleysville Insurance

LAYNE DREXEL                      CC: 073641
1910 OLD CAPITOL TR               S. T. GOOD INSURANCE, INC.
                                  67 CHRISTIANA ROAD
                                  NEW CASTLE DE  19720
NEWARK              DE 19711

POLICY NUMBER: MPA812988
CANCELLATION DATE: 06/08/2004

ENCLOSED IS A REMITTANCE DATED 07/14/2004 IN THE AMOUNT OF    $283.80.
UNFORTUNATELY, THIS POLICY IS CANCELLED AND WILL NOT BE REINSTATED.

IF YOU HAVE ANY QUESTIONS, CONTACT YOUR AGENT AT 800-531-1663.


                              DIRECT BILL REMITTANCE PROCESSING 07/14/2004