**CERTIFICATE OF SERVICE**

I, STEPHEN P. CASARINO, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 31st day of October, 2007, a true and correct copy of the attached Defendant's Brief in Support of its Motion for Summary Judgment to:

>Robert K. Beste, III, Esq.
>Smith Katzenstein & Furlow LLP
>800 Delaware Avenue, 7th Floor
>P.O. Box 410
>Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQUIRE
Bar I.D. No. 174
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
Attorney for Defendant