# EXHIBIT H

POLICY NO. MPA 81 29 88    COMMERCIAL PACKAGE    MPA 81 29 88

☒ **NOTICE OF POLICY EXPIRATION**

☐ **NOTICE OF CANCELLATION FOR NONPAYMENT OF PREMIUM**

HARLEYSVILLE MUTUAL INS. CO.
355 MAPLE AVE
HARLEYSVILLE PA 19438

Agent
    07-3641
    S. T. GOOD INSURANCE, INC.
    67 CHRISTIANA ROAD
    NEW CASTLE DE   19720

PAYER  650  LAYNE DREXEL
    1910 OLD CAPITOL TR
    NEWARK DE    19711

| EXPIRATION EFFECTIVE | PAST DUE AMOUNT |
|---|---|
| 06-08-04 12.01 AM STANDARD TIME | $283.80 |

WE HAVE NOT RECEIVED YOUR PREMIUM PAYMENT. COVERAGE EXPIRED ON THE DATE STATED ABOVE. CONTINUOUS PROTECTION IS POSSIBLE IF PAST DUE AMOUNT IS RECEIVED BY THE COMPANY/AGENT BEFORE THE EXTENDED DUE DATE OF 06-30-04 12.01 AM    STANDARD TIME

Any non-payment cancellation notice will take precedence over notice of cancellation or non-renewal for any other reason, and the date on the non-payment cancellation notice shall be the date of cancellation.

RETURN THIS PORTION WITH YOUR PAYMENT

Policy No. MPA812988
COMMERCIAL PACKAGE

Insured  LAYNE DREXEL

EXPIRATION EFFECTIVE
06-08-04
12.01 AM
STANDARD TIME

EXTENDED DUE DATE  06-30-04

PAST DUE AMOUNT
$283.80  DRE

BRANCH 30
Please make your check or money order payable to **HARLEYSVILLE INSURANCE** and forward payment in the enclosed envelope to the PROCESSING CENTER AT 355 MAPLE AVENUE, HARLEYSVILLE, PA 19441. Include your policy number on the face of the check. MAIL IT TODAY TO KEEP YOUR VALUABLE PROTECTION IN FORCE. If your payment has already been forwarded, it will be acknowledged. THANK YOU FOR YOUR PAYMENT!

061404    EXPIRATION DATE  If address change, cross out the 'Y' and indicate new address below Insured Name
CONTROL  173 060805

Mailing Date: 061504    Y    2 4MPA812988 0139400 0028380 0000000
C-550 (Ed. 12-96)