# EXHIBIT I

POLICY NO. MPA 81 29 88    COMMERCIAL PACKAGE POLICY    HARLEYSVILLE MUTUAL INS. CO.
☐ CONFIRMATION ☐ CANCELLATION    355 MAPLE AVENUE
☒ CONFIRMATION OF TERMINATION    HARLEYSVILLE, PA 19438

AGENT  07-3641
S. T. GOOD INSURANCE, INC.
67 CHRISTIANA ROAD
NEW CASTLE DE  19720

ADDITIONAL INTEREST

OCWEN FEDERAL BANK
P O BOX 57002
IRVINE CA  92619

You are hereby notified that in accordance with the terms and conditions of the above policy your insurance coverage ceases at and from 12:01 AM Standard Time on 06-08-2004 and the following checked condition applies:
Cancellation or Termination Date

☐ A refund check in payment of the unearned portion of the paid premium is enclosed in the amount of ----------> $ _____ Total Refund
   or ... has been issued to the Agent ☐, Mortgagee ☐, or other ☐

☐ The unpaid earned premium due the Company is hereby billed in the amount of --> $ _____ Premium Due
   Make check payable to the Company shown at above right. If payment is not received, collection of the premium amount due will be subject to further action.

☒ THE POLICY HAS EXPIRED. OUR RENEWAL OFFER WAS NOT TAKEN
  IF THE POLICY IS SUBJECT TO AUDIT, THE PREMIUM MAY BE ADJUSTED BASED ON
  POLICY AUDIT PROVISIONS.

ADDITIONAL COPY SENT TO:

INSURED

LAYNE DREXEL
1910 OLD CAPITOL TR
NEWARK DE  19711

DR 0165

06-08-2005

MAIL DATE    07-07-2004

ISSUE DATE   07-06-2004

_____
Authorized Representative

The interest of the Loss Payee/Mortgagee will cease at the above cancellation or termination date, or 15 days from the issue date of this notice, whichever is later.

LOSS PAYEE/MORTGAGEE COPY

C-554 (Ed. 4-97)