# EXHIBIT J



**Harleysville.**
Harleysville Insurance

LAYNE DREXEL                          CC: 073641
1910 OLD CAPITOL TR                       S. T. GOOD INSURANCE, INC.
                                          67 CHRISTIANA ROAD
NEWARK                DE 19711            NEW CASTLE DE  19720


POLICY NUMBER: MPAB12988
CANCELLATION DATE: 06/08/2004

ENCLOSED IS A REMITTANCE DATED 07/14/2004 IN THE AMOUNT OF    $283.80.
UNFORTUNATELY, THIS POLICY IS CANCELLED AND WILL NOT BE REINSTATED.

IF YOU HAVE ANY QUESTIONS, CONTACT YOUR AGENT AT 800-531-1663.




                          DIRECT BILL REMITTANCE PROCESSING 07/14/2004