# EXHIBIT K



**Southeast Claims Service Center**
Metro Airport Business Center II
2885 Elm Hill Pike
P.O. Box 140996
Nashville    TN    37214-0996
888) 549-9876   Fax (888) 492-7524
www.harleysvillegroup.com

September 14, 2004

Layne Drexel
1910 Old Capitol Tr.
Newark, DE 19711

RE: Claim #: FS0530739UND
    Insured: Layne Drexel
    Date of Loss: 6/22/04
    Cause of Loss: Fire

Dear Mr. Drexel:

According to our records your policy was cancelled for non-payment of premium. The effective date of cancellation was 6/8/04. Since the fire loss of 6/22/04 occurred after the cancellation date we are unable to afford you coverage under the policy.

If you have any questions, please feel free to contact me at 1-888-549-9876, ext. 1292.

Sincerely,

Sherry Clodfelter
Senior Claims Specialist
Southeast Regional Claims

DR 0208