# EXHIBIT M

Message

Page 1 of 1

### Clodfelter, Sherry

From: Southard, Robert
Sent: Friday, August 13, 2004 3:17 PM
To: Clodfelter, Sherry
Subject: Layne Drexel MPA 812988

The captioned policy was cancelled for non-payment and we have no intention of reinstating coverage. No payment has been received since the cancellation notice was mailed to the insured.

6-14-04

6-30-

DR 0211