# EXHIBIT O

Harleysville Mutual Insurance Company
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com

**COMMERCIAL PACKAGE POLICY**
MPA 812988



Named Insured:

LAYNE DREXEL
1910 OLD CAPITOL TR
NEWARK DE 19711

Policy Term          06/08/04 to 06/08/05
                     12:01 A.M. Standard Time
Issue Date           07/06/04
Reason for Issue     Cancellation
Change Effective     06/08/04

For assistance please contact your agent
S. T. GOOD INSURANCE, INC.
at 800-531-1883

(Agent Code 07-3841)

Cancellation Memorandum

This policy has been cancelled Flat Rate

for the following reason:

Non-Payment

        The Unearned Premium Is:          $1,394.00
Total Return Due For This Cancellation:    $1,394.00

Chesapeake  06 03 DB CTRX X          Page 1
PD-0113 (Ed 8-85)