# EXHIBIT N

ADJUSTER ACTIVITY NOTES - ADD                RP9C212 RM9C2

FOR CLAIM S0 - 530739 SUFFIX 000 DATE/SEQ
CATEGORY CODE sup USERID DRIDDLE                            TIME

REMARKS:
recd call from insd, Lane Drexel. he explained he was told his policy was
cancelled and no covg for this claim. he says he recd late notice while he
was on vacation, when he returned, he paid premium. he says he did not re
ceive cancellation notice and was not aware of any problem. i told him acc
ording to the info we have, policy was cancelled due to non payment. his c
heck was recd late and was sent back to him. i will have sherry get back v
ith underwriting, explain what mr. drexel is saying, and get details. sher
ry will get back to him to explain when notices were sent to him, etc. his
 agent needs to speak to underwriter, and i will see that sherry talks to h
is agent to pass along name and number of underwriter as well.

CONTINUE? Y/N N

PF1=HELP   PF3=EXIT   PF5=ADD

*Mark Hood*
*302-227-0507*

*Harold Wells*
*505/39823*
*Lewis Const.*

DR 0212