**EXHIBIT H**



**TOWER**

INSURANCE SERVICES

Property and Casualty Adjusters

P.O. Box 4088
Greenville, DE 19807-0088

(302) 656-4657
fax (302) 656-5915

June 29, 2004

Mr. Layne Drexel
1910 Old Capitol Trail
Newark, DE. 19711

RE:  Insurance Claim
1740 W. 4th St. Wilmington, DE.
Date of Loss: 06-22-04
Fire Damage
Our File #: 04-2695

Dear Mr. Drexel:

Our firm has been assigned by your insurance company, The Harleysville Insurance Company, for the investigation and adjustment of the insurance claim that you have presented, for damages that you have experienced at the above property.

*RET 6/30*

We spoke to you briefly on June 23rd, while you were out of the area, but did wish to speak to you again, upon your return. Our efforts to contact you, by phone, have been unsuccessful. So that we may provide you with the best possible service, please contact our office at your earliest convenience. If I am not available when you call, please leave numbers where you can be reached. When calling, please refer to the above file number.

In addition to other information on this property, I would request that you supply us with copies of any and all leases with Mr. Patel. I enclose a return envelope for your convenience.

I await your contact.

Sincerely,

George Powell
GEP:moc

P000086