# EXHIBIT J

```
LAYNE L. DREXEL                                         4359
LIC 791414
PH 302-737-4396
1910 OLD CAPITAL TRAIL                           62-10/311
NEWARK, DE 19711                                 BRANCH 311
                                  6/9/04
                                              DATE

PAY TO THE   Harrisville                      $ 283.80
ORDER OF

Two Hundred Eighty Dollars  80/100            DOLLARS

WSFSbank                                  Plan Package
Wilmington Savings Fund Society, FSB
838 Market Street, Wilmington, DE 19899

FOR _____

⑆031100102⑆  206196 131⑈ 4359   ⑈00000 28380⑈
```