# EXHIBIT K

POLICY NO. MPA 81 29 88    COMMERCIAL PACKAGE POLICY    HARLEYVILLE MUTUAL INS. CO.
☐ CONFIRMATION C. CANCELLATION 355 MAPLE AVENUE
☒ CONFIRMATION OF TERMINATION HARLEYSVILLE, PA 19438

AGENT    07-3641
S. T. GOOD INSURANCE, INC.
67 CHRISTIANA ROAD
ADDITIONAL INTEREST    NEW CASTLE DE    19720

OCWEN FEDERAL BANK
P O BOX 57002
IRVINE CA    92619

You are hereby notified that in accordance with the terms and conditions of the above policy your insurance
coverage ceases at and from    12:01 AM    Standard Time on    06-08-2004    and the following
Cancellation or Termination Date
checked condition applies:

☐ A refund check in payment of the unearned portion of the paid premium is enclosed in    | $
the amount of ---------------------------------------------------->    | Total Refund
or . . . has been issued to the Agent ☐, Mortgagee ☐ , or other ☐

☐ The unpaid earned premium due the Company is hereby billed in the amount of -->    | $
Make check payable to the Company shown at above right. If payment is not
received, collection of the premium amount due will be subject to further action.    | Premium Due

☒ THE POLICY HAS EXPIRED.  OUR RENEWAL OFFER WAS NOT TAKEN
IF THE POLICY IS SUBJECT TO AUDIT, THE PREMIUM MAY BE ADJUSTED BASED ON
POLICY AUDIT PROVISIONS.

ADDITIONAL COPY SENT TO:

INSURED

LAYNE DREXEL
1910 OLD CAPITOL TR
NEWARK DE    19711

DR 0165

06-08-2005

MAIL DATE    07-07-2004

ISSUE DATE    07-06-2004

*M. D. Oldefer*
Authorized Representative

The interest of the Loss Payee/Mortgagee will cease at the above cancellation or termination date, or
15 days from the issue date of this notice, whichever is later.

C-554 (Ed. 4-97)

LOSS PAYEE/MORTGAGEE COPY