# EXHIBIT M

Case 1:05-cv-00428-JJF   Document 65-15   Filed 11/19/2007   Page 1 of 2

Harleysville Insurance
355 Maple Avenue
Harleysville, PA 19438-2297
www.harleysvillegroup.com
1.800.523.6344 (ext. 5082)



# Harleysville
*Good people to know*

Attention:

**LAYNE DREXEL**
**1910 OLD CAPITOL TR**
**NEWARK      DE  19711**

Our records indicate that Check No. **C05258027** was issued to you on **07/15/04** in the amount of $    283.80

Our records also indicate that to date, this check has not been presented for payment (i.e. cashed). If you have the check noted above, **PLEASE CASH IT AS SOON AS POSSIBLE.** If the check has been lost or misplaced, please indicate accordingly in the box provided below and return the bottom portion of this letter in the self addressed envelope enclosed. **HARLEYSVILLE INSURANCE REQUIRES YOUR WRITTEN SIGNATURE BELOW BEFORE REISSUING A REPLACEMENT CHECK.**

---

| | |
|---|---|
| **LAYNE DREXEL**<br>**1910 OLD CAPITOL TR**<br>**NEWARK      DE  19711** | Policy No.:      MPA812988<br>Check No.:      C05258027<br>Date Issued:   07/15/04<br>Amount:         $    283.80<br>Description:   -10-BILLING SYSTEM |

[ ]  Check box if lost, misplaced, or never received.

[ ]

Signature (REQUIRED)

C-3767 (Ed. 4-02)

P000277