# EXHIBIT O

**G.S. BOOTH & ASSOC., INC.**
**333 ROBINSON LANE**
**WILMINGTON, DE 19805**

**AUTHORIZATION**

THIS IS TO AUTHORIZE THE FIRM OF G.S. BOOTH & ASSOC., INC. TO PROCEED WITH THE NECESSARY CLEANING AND/OR REPAIRS TO OUR PROPERTY AS A RESULT OF THE FIRE DAMAGE TO THE BUILDING AND/OR CONTENTS LOCATED AT:     1740 ~~1670~~ W. 4th STREET

**WILMINGTON, DE 19805**

THIS WILL ALSO SERVE AS AUTHORIZATION FOR THE INSURANCE CARRIER TO INCLUDE THE NAME OF G.S. BOOTH & ASSOC., INC. ON THE DRAFT/CHECK AND/OR DRAFTS/CHECKS IN PAYMENT OF THE REPAIRS.

I/WE UNDERSTAND, THAT IF THE INSURANCE CO. FOR WHATEVER REASON DOESN'T PAY FOR THE REPAIRS ACCOMPLISHED, THEN I/WE WILL ASSUME THE RESPONSIBILITY FOR ALL PAYMENTS TO G.S. BOOTH & ASSOC., INC.

I/WE UNDERSTAND, AT THE TIME OF THIS SIGNING, THAT THE FINAL "SCOPE OF WORK" HAS NOT BEEN ESTABLISHED WITH THE INSURANCE CARRIER. I/WE UNDERSTAND THAT THE FINAL PRICE OR THE "AGREED PRICE" CAN ONLY BE ESTABLISHED ONCE THE FINAL "SCOPE OF WORK" IS AGREED UPON. I/WE FURTHER UNDERSTAND THAT THE "SCOPE OF WORK" WILL BE FORWARDED TO ME/US AS SOON AS IT IS APPROVED BY THE INSURANCE COMPANY'S REPRESENTATIVE AND AGREED UPON BY G.S. BOOTH & ASSOC., INC.

DATE:    7/16/04              INSURED: x _____ (SEAL)
                                        LAYNE DREXEL

WITNESS: _____      INSURED: x _____

G.S. BOOTH & ASSOC., INC.

DR 0412