**EXHIBIT Q**

**TOWER**

INSURANCE SERVICES

Property and Casualty Adjusters

P.O. Box 4088
Greenville, DE 19807-0088

(302) 656-4657
fax (302) 656-5915

# FINAL REPORT

August 13, 2004

Ms. Sherry Clodfelter
Harleysville Insurance Companies
Southeast Claims Service Center
2885 Elm Hill Pike
P.O. Box 140996
Nashville, TN. 37214

RE:  **Insured: Layne Drexel**
     **Claim#: SO - 530739**
     **Tower File #: 04-2095**
     **Date of Loss: 06-22-04**
     **Peril:  Fire Damage**
     **Loss Location: 1740 W. 4th St. Wilmington, DE.**

**ENCLOSURES:**
1. Confirmation from insured's contractor agreeing to estimate
2. Replacement Cost Report
3. Service Invoice
4. File Time Sheet

**ACTIVITY:** Per our telephone conversation of this date.

We have confirmed an agreed repair price, with the insured's contractor, G. S. Booth Construction, for the amount of our revised repair estimate, $49,877.20. Repairs are underway however, depreciation should be applied as indicated in our estimate which was included in our report of August 9th.

We have also provided you with the contractor's federal tax I.D. number, 52-02010279.

DR 0215

As we have previously advised, there had been some dispute with the insurance carrier of the liquor store business, Montgomery Insurance Group, concerning several of the content items; including partition walls, shelving and cooler. Our report of July 30th provided you with the Sales Agreement on the liquor store in which it was clearly indicated that the disputed terms were sold with the business. As the liquor store was damaged but still a business at this location, these improvements to the property did not revert to our insured and should be covered under the business owner's policy and not the policy of our insured, Mr. Drexel.

At this time, our assignment has been completed We are closing our file and submitting our service invoice for your consideration.

Sincerely,

George Powell
GEP:moc

DR 0216

Aug 13 04 11:42a    TOWER INSURANCE SERVICES    302 656 5915    P.4
08/13/04  FRI 08:31 FAX 3026547784    G.S. BOOTH & ASSO    302 656 5915    P.1

P. O. BOX 4088
GREENVILLE, DE. 19807-0088
302-656-4657
fax 302-656-5915



**TOWER INSURANCE SERVICES**

# Fax

| | | | |
|---|---|---|---|
| To: | MARK | From: | GEORGE POWELL |
| Fax: | | Pages: | 1 |
| Phone: | | Date: | 8/13/2004 |
| Re: | DREXEL | Claim: | 04-2095 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ As Requested

● Comments: MARK:

I HAVE NOT YET REC'D. A RESPONSE TO MY FAX OF 08/09/04; REQUESTED A RETURN FAX AGREEING WITH OUR PRICE.

THE COMPANY IS WAITING FOR THIS RESPONSE TO ISSUE CHECKS.

WHEN RESPONDING, PLEASE PROVIDE YOUR TAX I.D. NUMBER SO I CAN GET YOUR NAME ON THE CHECK.

PLEASE RESPOND ASAP.

*George - I thought you had an agreement with Mark! We accept your response 8/9/04*

TAX ID#: 52-2010279          08/13/04  FRI 08:26  [TX/RX NO 8219]

DR 0217

Aug 13 04 11:42a    TOWER INSURANCE SERVICES    302 656 5915    p.5



**TOWER INSURANCE SERVICES**

P. O. BOX 4088
GREENVILLE, DE. 19807
(302) 656-4657
fax (302) 656-5915

| | |
|---|---|
| Policy Number: | MPA-812988 |
| Name: | Layne Drexel |
| Property Address: | 1740 W. 4th Street<br>Wilmington, DE 19801 USA |
| Date Entered: | 8/13/2004 |
| Date Assigned: | 6/23/2004 |
| Interviewer: | George Powell |
| Agent Code: | |
| Date Inspected: | 6/24/2004 |

| | |
|---|---|
| Configuration: | 100% 3 Story |
| Style: | Town/Rowhouse (end unit) |
| Built In: | 1934 |
| Purpose: | Duplex |
| Sq. Feet: | 2,425 |
| Roof Type: | 100% Flat |

| | |
|---|---|
| Shape: | Simple Rectangle |
| Construction: | 100% Basement |
| Lot Slope: | None/Moderate |
| Foundation Material: | 100% Concrete |

| | |
|---|---|
| Living Spaces: | 2 Dining Room<br>2 Family Room<br>2 Foyer/Entryway<br>2 Hallway<br>2 Living Room<br>2 Nook |
| Bedrooms: | 7 Bedroom |
| Kitchens: | 3 Kitchen |
| Bathrooms: | 4 Full Bath |
| Utility/Closets: | 2 Laundry Room<br>2 Utility Room<br>2 Walk-In Closet |

| | |
|---|---|
| Wall Materials: | 25% 1/2" Drywall over Wood or Steel Framing, Ready for Paint<br>75% Plaster over Wood or Steel Framing |
| Wall Finishes: | 100% Paint |
| Ceiling Finishes: | 80% Paint<br>20% Suspended Ceiling |
| Floor Covering: | 74% Carpet<br>26% Vinyl |
| Room Features: | |

DREXEL.RCV    8/13/2004 Page: 1

DR 0218

Aug 13 04 11:42a        TOWER INSURANCE SERVICES     302 656 5915            p.6



**TOWER INSURANCE SERVICES**
P. O. BOX 4088
GREENVILLE, DE. 19807
(302) 656-4657
fax (302) 656-5915

| | |
|---|---|
| Wall Materials: | 25% 1/2" Drywall over Wood or Steel Framing, Ready for Paint |
| | 75% Plaster over Wood or Steel Framing |
| Wall Finishes: | 100% Paint |
| Ceiling Finishes: | 80% Paint |
| | 20% Suspended Ceiling |
| Floor Covering: | 74% Carpet |
| | 26% Vinyl |
| Room Features: | |

| | |
|---|---|
| Kitchen Appliances: | 2 Dishwasher |
| | 2 Garbage Disposal |
| | 2 Range Hood |
| Bath Fixtures & Features: | |
| Counter/Vanity Tops: | 100% Plastic Laminate Countertop |
| Cabinet/Vanity Features: | |

| | |
|---|---|
| Wall Material: | |
| Interior Wall Finishes: | |
| Ceiling Finishes: | |
| Floor Covering: | |
| Ext. Wall Finishes: | |
| Roof Covering: | |

| | |
|---|---|
| Exterior Wall Finish: | 10% Aluminum or Metal Siding |
| | 90% Brick Veneer |
| Roof Covering: | 100% Built-up |
| Exterior Features: | 4 Exterior Doors |

| | |
|---|---|
| Heating, AC and Fireplace: | 2 Forced Air Heating System |
| Home Specialty Systems: | |

| | |
|---|---|
| System Defined: | |
| User Defined: | 1 FIRST FLOOR STORE FRONT INTERIOR FINISH |

| | |
|---|---|
| Detached Structures: | |

DREXEL.RCV                                                              8/13/2004 Page: 2

DR 0219

Aug 13 04 11:42a        TOWER INSURANCE SERVICES      302 656 5915              p.7

# TOWER INSURANCE SERVICES

P. O. BOX 4088
GREENVILLE, DE. 19807
(302) 656-4657
fax (302) 656-5915

| | | | |
|---|---|---|---|
| Policy Number: | MPA-812988 | Interviewer: | George Powell |
| | | Agent Code: | |
| Name: | Layne Drexel | | |
| Property Address: | 1740 W. 4th Street | | |
| | Wilmington, DE 19801 USA | | |
| Date Entered: | 8/13/2004 | Date Inspected: | 6/24/2004 |
| Date Assigned: | 6/23/2004 | | |

| | |
|---|---|
| Configuration: | 100% 3 Story |
| Style: | Town/Rowhouse (end unit) |
| Built In: | 1934 |
| Purpose: | Duplex |
| Sq. Feet: | 2,425 |
| Roof Type: | 100% Flat |

| | |
|---|---|
| Foundation: | $7,087.51 |
| Rough Framing: | $32,601.66 |
| Exterior Finish: | $29,039.86 |
| Windows: | $7,985.92 |
| Roofing: | $2,080.90 |
| Electrical: | $21,087.54 |
| Plumbing: | $10,957.01 |
| Heating/AC: | $7,614.06 |
| Floor Covering: | $7,099.31 |
| Interior Finish: | $62,315.24 |
| Appliances: | $6,144.80 |
| Additional Features: | $30,000.00 |
| Sub Total: | $224,013.81 |
| Permits & Fees: | $0.00 |
| Overhead & Profit: | $0.00 |
| Sales Tax: | $0.00 |
| **Estimated Replacement Cost:** | $224,013.81 |

Dwelling Replacement Cost*:                                                              $224,013.81

Policyholder Signature: _____     Date: _____

* The Replacement Cost figure represents the estimated reconstruction cost for the above described residence and includes such things as labor & materials to meet current building codes and contractor profit and overhead. The estimate does not include cost for such items as excavation, land value, or detached structures. This information is to be used for insurance purposes only and is provided upon the condition that the user agrees that it represents only an estimate and that the provider is not responsible for good faith errors.

DR 0220

Aug 13 04 11:43a     TOWER INSURANCE SERVICES     302 656 5915                    P.8

# FILE TIME SHEET

**TOWER INSURANCE SERVICES**
P.O. Box 4088
Greenville, DE. 19807

Company: HARLEYSVILLE
Company Claim #: SO-530739
Examiner:: CODFELTER
Tower File #: 64.2095
Adjuster: POWELL
Policyholder: DREXEL

| DATE | TIME | ACTIVITY | EXPENSE | MILES |
|---|---|---|---|---|
| 6/23 | .2 | Discussed w/co | | |
| 6/23 | .1 | Called tenant, no ans | | |
| 6/23 | 1.2 | Cold call to site / mtg w/ tenant | | 20 |
| 6/23 | .2 | Discussed w/co | | |
| 6/27 | .5 | Contacted P/H on vacation | LD 5— | |
| 6/23 | .4 | Called local contact - Mr. Wilson | ph .25 | |
| 6/23 | .6 | Gary Hahn // contents adjuster | LD 8— | |
| 6/24 | 4.8 | Inspection        43 photos + | 9 digital | 20 |
| 6/24 | .4 | Report | email | |
| 6/29 | N/C | Called P/H, left # call | ph .50 | |
| 6/29 | N/C | Called P/H, home # busy x5 | | |
| 6/29 | N/C | Called P/H, home #, left # | | |
| 6/29 | .6 | Letter to P/H | pst .37 | |
| 6/29 | .2 | Called P/H, discussed | ph .25 | |
| 6/29 | .6 | Letter to P/H | pst .37 | |
| 7/6 | .2 | Discussed w/ contractor | ph .25 | |
| 7/6 | .6 | Letter to P/H | | |
| 7/6 | .2 | Action memo | | |
| 7/15 | .5 | Discussed w/ tenant // left message to P/H | ph .50 | |
| 7/15 | .5 | Reviewed lease; bill of sale | | |
| 7/19 | .2 | Discussed w/ contractor, again neg. est. | ph .25 | |
| TOTAL | | | | |

PAGE ___

DR 0221

Aug 13 04 11:43a          TOWER INSURANCE SERVICES         302 656 5915                p.9

# FILE TIME SHEET

**TOWER INSURANCE SERVICES**
P.O. Box 4088
Greenville, DE. 19807

Company: HAMLEYSVILLE
Company Claim #: 50-530739
Examiner: CLODFELTER
Tower File #: 04-2095
Adjuster: POWELL
Policyholder: DREXEL

| DATE | TIME | ACTIVITY | EXPENSE | MILES |
|---|---|---|---|---|
| 7/19 | .3 | Discussed w/ PA for bus policy - content items under stow policy | ph .3 — | |
| 7/25 | 1.0 | Review G.S. Booth estimate | | |
| 7/30 | .4 | Discussed w/ contractor | ph .25 | |
| 7/30 | 2.0 | Reinspection | | 20 |
| 7/30 | 2.4 | Report | | |
| 7/30 | .6 | Letter Prop Con → business carrier adj. | p. 15/pst 4.10 | |
| 7/30 | .6 | Letter GS Booth | fax 1 | |
| 8/6 | .1 | Called Booth, left # | ph .25 | |
| 8/9 | .1 | Called Booth, left # | ph .25 | |
| 8/9 | .1 | Called V/M gave status - Meline | ph .25 | |
| 8/9 | .2 | Discussed w/ GS Booth | ph .25 | |
| 8/9 | 1.0 | Report | ph .40 | |
| 8/9 | .4 | Fax/sent to GS Booth | pst 3 — | |
| 8/9 | 1.5 | Revised estimate | | |
| 8/13 | .1 | Discussed w/o | | |
| 8/13 | .3 | Fax to contractor | ph .25 | |
| 8/13 | .2 | Discussed w/ contractor | ph .25 | |
| 8/13 | .1 | Discussed w/o | | |
| 8/14 | .6 | Final Report | | |
| TOTAL | 24.2 | | | 60 |

PAGE

DR 0222

Aug 13 04 11:43a    TOWER INSURANCE SERVICES    302 656 5915    p.10

# ADJUSTMENT INVOICE

**TOWER INSURANCE SERVICES**
P.O Box 4088
Greenville, DE. 19807
(302) 656-4657

Date: 08-13-04
Policyholder: L. DREXEL
Examiner: S. CLODFELTER
Co. Claim #: SO-530739
Tower File 04-2095
FED. I.D. # 52-2344654

Name: HARLEYSVILLE INS. COMPANIES
Address: P. O. BOX 140996
City, State, Zip: NASHVILLE, TN. 37214

| Quantity | | Hourly Rate | Amount |
|---|---|---|---|
| 24.2 | | $52.00 | $1,258.40 |
| | | | |
| | | | |
| | | | |
| | | Total Hourly Cost | $1,258.40 |

| Quantity | Service | Cost | Amount |
|---|---|---|---|
| 50 | ADD'L. PHOTOGRAPHS | $2.00 | $100.00 |
| | | | |
| | | | |
| | | | |
| | | Total Additional | $100.00 |

| Mileage | | Rate | Amount |
|---|---|---|---|
| N/C | | | N/C |
| | | | |
| | | | |
| | | Total Mileage | N/C |

| | |
|---|---|
| Office Expense | $90.00 |
| Copy & Phone | $40.50 |
| Postage | $7.84 |
| Total amount | $1,496.74 |

PLEASE RETURN ONE COPY WITH PAYMENT

DR 0223