IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAYNE DREXEL,                         :
                                      :
        Plaintiff,                    :
                                      :
   v.                                 :   Civil Action No. 05-428-JJF
                                      :
HARLEYSVILLE INSURANCE CO.,           :
                                      :
        Defendant.                    :

### ORDER

At Wilmington, the 11th day of February 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Partial Summary Judgment (D.I. 62) is **DENIED**.

2. Defendant's Motion for Summary Judgment (D.I. 60) is **GRANTED** in part and **DENIED** in part.

3. Within ten days of the date of this Order, the Parties shall submit an amended proposed Pretrial Order in accordance with this Order.

*[signature]*
UNITED STATES DISTRICT JUDGE