IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LAYNE DREXEL,                          :
                                       :
            Plaintiff,                 :
                                       :
     v.                                : Civil Action No. 05-428-JJF
                                       :
HARLEYSVILLE INSURANCE CO.,            :
                                       :
            Defendant.                 :

## O R D E R

WHEREAS, to date, counsel has not submitted their Proposed Pretrial Order as ordered by this Court on February 11, 2008 (D.I. 73);

WHEREAS, a trial has been set to commence on June 9, 2008 in the above captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, May 8, 2008 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

April 23, 2008
_____
DATE

_____
UNITED STATES DISTRICT JUDGE