■
**Smith
Katzenstein
Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Fax: (302) 652-8405
www.skfdelaware.com

June 3, 2008

*By Electronic Filing Only*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DelewareE 19801

**Re:** *Layne Drexel v. Harleysville Insurance*
C.A. 05-0428 JJF

Dear Judge Farnan:

I write to advise the Court that the parties resolved all claims in the above referenced case. The parties will confer and submit a proposed order dismissing this matter for the Court's consideration in the near future. Counsel are available if the Court has any questions or concerns.

Respectfully,

*/s/ Robert K. Beste*

Robert K. Beste, III (ID No. 3931)

RKB/vkm

cc:     Clerk of Court (by electronic filing only)
        Steven P. Casarino, Esquire (by electronic filing only)

04343|CORD|10044939.WPD